# THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**FILED**

OCT 2 8 2010

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Plaintiffs

Samy Gharb

Kalchbühlstrasse 161
8038 Zürich, Switzerland
E mail  samygharb@ymail,com
Tel : 00410792951584
Fax: 00410444821323

V.

UNITRONICS (1989) (R"G) LTD

P.O.B. 300
Ben Gurion Airport
70100, Israel

Case: 1 10-cv-01847
Assigned To   Sullivan, Emmet G.
Assign. Date : 10/28/2010
Description: Pro Se Gen  Civil

Haim Shani

Bareket Shani

Eyal Saban

Alon Kedar

Avner Barak

Unitronics, Inc.

1 Batterymarch Park
Quincy, MA 02169
Phone:
617 657 6596

Seth Frielich

Nataly Turgeman

Holly Dillon

Donna Rolfe

Costumers

IMI - Israel Military Industries Ltd

Main Office:
Address: POB 1044 Ramat Hasharon 47100, Israel
Tel: 972-3-5485619
E Mail: imimrktg@imi-israel.com
Fax: 972-3-5486125

IMI Services USA
Address: 7910 Woodmont Avenue, Suite 1410,
Bethesda, MD 20814
Tel: (301) 215-4800
E Mail: avi@imiusa.com
Fax: (301) 657-1446

IMI Trading USA
Address: 570 Seventh Avenue, 11th Floor, New York, NY 10018
Tel: (212) 836-9529
E Mail: shaya@imitrading.com
Fax: (212) 921-148
Israel Aerospace Industries (IAI)
Israel Aerospace Industries Ltd.
Ben-Gurion International Airport 70100
Tel: (972) 3-935-3343, 935-3000
Fax: (972) 3-935-8278
Marketing:
E-mail: yramati@iai.co.il
Communications:
USA
E-mail: hpaz@iai.co.il
IAI North America, Inc.
Arlington, VA
Tel: (1) 703-875-3725
Fax: (1) 703-875-3740, 875-3760
E-mail: urozzen@iaidc.com

MATIMOP - the Israeli Industry Center for R&D
http://www.matimop.org.il/company.aspx?code=975

contact us
rdinfo@matimop.org.il
Tel: 972-3-5118111
 29 Hamered st. Tel Aviv 61500
Contact Us
 Israel Office
David Miron-Wapner
Executive Director –U.S.-Israel Science and Technology Commission
Matimop - the IsraeliIndustryCenter for R&D
Tel: (+972 3) 5118195
Fax: (+972 3) 5177655
Email: david@usistc.org
Maryland Offices
James L. Henry

Gharb- Unitronics-cars and trucks Companies- 2 -                09.30.2010

Managing Director, Finance Programs
Department of Business & Economic Development
Tel: 410.767.6353
Fax: 410.333.6931
Email:jhenry@choosemaryland.org

Coca cola
Atlanta Vs,
P o box 1734 Atlanta
Georgia 30301
USA

General Motors
P.O. Box 33170
Detroit, MI 48232-5170
USA

Volvo Cars of North America, LLC

Volvo Drive
P.O. Box 914
Rockleigh, New Jersey 07647

Saab Automobile USA
PO BOX 33166
Detroit, MI 48232-5166
Phone: 800-955-9007

Fiat Automobiles spia located in Corso Agnelli 200, Turin

.
Italy

Mercedes Benz USA  ,LLC 3
Mercedes DRIVE
Montvale , NJ 07645

Lantech USA

11000 Bluegrass Parkway
Louisville, KY 40299

Aquafine Headquarters

29010 Avenue Paine
Valencia, CA, 91355-4198

Phone: 661-257-4770
Fax: 661-257-2489

Pirelli Tire LLC
United States of America 100 Pirelli Drive Rome, Georgia 30161-7000
Phone: 1-800-PIRELLI (800-747-3554


Tyson Foods, Inc.
P.O. Box 2020
Springdale, AR 72764-69
Advance Industrial Automation - Juan Pablo Pelayo
Reynosa, Tamps, Mex & McAllen, Tx Office
USA PH 1(956)648-8163
MEX PH 52+(899)929-6205
AdvanceIndustrialAutomation@yahoo.com
www.AdvanceIndustrialAutomation.com

Wonderware
Company Headquarters &
U.S. & Canadian Regional Office
26561 Rancho Parkway South
Lake Forest, CA 92630 U.S.A.
Tel 949-727-3200
Fax 949-727-3270

Arrow North American Components - Huntsville
4930 Corporate Drive
Suite F
Huntsville, AL 35805
Phone#: (256) 864-3300
Fax#: (256) 864-3349
New England
Forbes Engineering Sales, Inc.
Danvers Office:
2 Electronics Avenue, Danvers, MA 01923
978.777.9100 FAX: 978.777.0002
Mid-Atlantic
Delaware, Maryland & Northern Virginia
Providence Marketing Associates
1288 Valley Forge Road, Unit 68 - Phoenixville, PA 19460
Phone: 610-935-3300
Fax: 610-935-3387
E-mail: Dan@pmarep.com
Web: http://www.pmarep.com/
East Pennsylvania, Southern NJ & DC
Arkansas, Louisiana & Mississippi
Controls & Power
Phone: 501-327-4702
Fax:  501-327-4727
E-mail: kennethfairless@sbcglobal.net

Florida, Georgia, Tennessee & Alabama
Automation Support Group

Phone: 770-486-6575
Fax: 404-420-2557
E-mail: jwindau@AutomationSupportGroup.com
Web: http://www.automationsupportgroup.com/

Southern Virginia, North Carolina & South Carolina
Automation Support Group
Phone: 252-321-0606
Fax: 919-882-9875
E-mail: jmeek@AutomationSupportGroup.com
Web: http://www.automationsupportgroup.com/

Western Pennsylvania & West Virginia
Russell F. Clark Company, Inc
P.O. Box 101361
206 Siebert Road, Suite 130
Pittsburgh, PA 15237
Phone: 412-635-9500
Fax: 412-635-9505
Website: http://www.rfclark.com
Phone: 412-635-9500
Fax: 412-635-9505
E-mail: Gary@rfclark.com
Iowa & Nebraska
Unitronics Inc.
Phone: 866 666 6033
Fax: 617 657 6598
E-mail: usa.sales@unitronics.com
Web: http://unitronics.com

Michigan
Automation Equipment, Inc.
1855 Wall Street
Garland, Texas   75041
United States
Phone: 248-568-2833
Fax: 248-366-0835
E-mail: MMalcoun@AutoEquipInc.com
Web: www.AutoEquipInc.com
Northen Illinois & Indiana
Kelburn Engineering Co
Kelburn Engineering Company
851 N. Industrial Drive.
Elmhurst, IL 60126
p. 1-630-832-8383

Phone: 630-930-5700
Fax: 630-930-5711
E-mail: sales@kelburn.net
Web: http://www.kelburn.net/
Ohio & Kentucky
Pulsar Controls
Phone: 216-834-0038
Fax: 216-834-0039
E-mail: dominic@pulsar-controls.com Southwest
Arizona & New Mexico
Western States Controls Group
Phone: 602 393-3045
Fax: 602 393-3046
E-mail: sales@iwestco.com

Web: http://www.iwestco.com Texas & Oklahoma
MD&G + Controls
Phone: 817-307-1274
E-mail: Sales@MDGControls.com
Web: http://www.MDGControls.com

Colorado, Wyoming & Montana
Western States Controls Group
Phone: 303 232-4996
Fax: 303 233-5741
E-mail: sales@iwestco.com
Web: http://www.iwestco.com

Utah, Nevada & Idaho
Western States Controls Group
Phone: 801 521-8045
Fax: 801 521-8043
E-mail: sales@iwestco.com
Web: http://www.iwestco.com
Northern California
Western States Controls Group
Phone: 888 270-0888
Fax: 925 370-0848
E-mail: sales@iwestco.com
http://www.iwestco.com Southern California
Western States Controls Group
Phone: 949 559-1941
Fax: 949 653-2420
E-mail: sales@iwestco.com
Web: http://www.iwestco.com
Washington, Oregon
Unitronics Inc.
Phone: 866 666 6033
Fax: 617 657 6598
E-mail: usa.sales@unitronics.com
Web: http://unitronics.com

China Mediator Ltd
Business Development in China

Branch Manager : Dan Xu
Phone: 010-10-87511991,
Fax:     010-87720388
Email: sales@chinamediator.com
No.8-B JingYuan Guangqu East Road Chaoyang District Beijing
Control Source Inc.
PO Box 551177
Gastonia, NC 28055
Pam Groce, Program Manager
State Energy Conservation Office
Infinite Power Campaign
111 East 17th Street, Room 1114
Austin, TX 78774
(512) 463-1889
pam.groce@cpa.state.tx.us

Hydra-Numatic Sales Co.,
DJY Controls.com,
22 Park Place, P.O. Box 760, Butler, NJ 07405
Remmon Remote monitoring Ltd
Bet- Shean valley 108800.Israel
Phone :972-4-606515 Fax 972-4-60658
Plough Electric Supply Co.
1155 Bryant Street,
San Francisco, Ca. 94103-4391
Phone: 415-431-6300 OR 1-800-851-8228
Fax: 415-431-4330
sales@plough-electric.com
Forbes Engineering Sales, Inc.,
Danvers Office:
Electronics Avenue, Danvers, MA 01923
.9978.777.9100 FAX: 978.777.0002

 Connecticut Office:
111 Warner Court, Glastonbury, CT 06033
860.633.3176 FAX: 860.371.2481100 FAX: 978.777.0002
Airline Hydraulics...
Philadelphia, PA (Headquarters)
View details on this location
Directions
3557 Progress Drive
Bensalem, PA 19020-8505
Phone : (215) 638-4700 Sterling Rd., Unit 2C
North Billerica, MA,01862
(866) 739-7684 Phone  (978) 353-0200 Phone
customer.service@airlinehyd.com
Electro-Control Supply
**www.electrocontrolsupply.com**
230 MacArthur Ave.
New Windsor, NY, 12553
Headquarters
(845) 561-5330 Phone
(845) 561-2404 Fax
info@electrocontrolsupply.com

Branson Ultrasonics Corporation

41 Eagle Rd.
Danbury, CT 06810
(203) 796-0400
Shanghai E-Hui Electrical and Mechanical Technology Co
Fax (203) 796-9813 Address:Room 1919,No.587,Chang Shou
Road,Shanghai,China Postalcode:200060
EMail:info@eh-technology.cn
Sales Dept:david@eh-technology.cn;henly@eh-technology.cn
Url:http://www.eh-technology.cn
BioMed Central BioMed Central Ltd
Floor 6 236 Gray's Inn Road London WC1X 8HL United Kingdom

BRAAS Company
Florida Branch Office (formerly Kershaw Automation)
230 E Douglas Road

Oldsmar, Fl 34677
Local: 813-855-4425
Fax: 813-855-4042
Mapquest Directions

Illinois Branch Office
440 Airport Road, Unit J
Elgin, IL   60123
Local: 847-760-6630
 Fax: 847-760-6623

Mapquest Directions
Iowa, Nebraska, South Dakota Sales Office
 Toll Free Fax: 800-774-2728

North Dakota Sales Office
Toll Free Fax: 800-553-0819
Minnesota Corporate Office
7970 Wallace Road
Eden Prairie, MN 55344
Local: 952-937-8902
Fax: 952-937-8944
Toll Free Fax: 800-553-0819
Mapquest Directions
Milwaukee, Wisconsin Branch Office
2357 South Commerce Drive
New Berlin, WI 53151
Local: 262-780-1600
Fax: 262-782-4966
Toll Free Fax: 888-741-4966
Mapquest Directions
Madison, Wisconsin Sales Office
Toll Free Fax: 888-741-4966
Fox River Valley, Wisconsin Sales Office
Toll Free Fax: 888-741-4966
Sales Management Consulting
9 Pond View Circle Phone 617-549-1187
Sharon MA 02067 Fax 781-793-7970
SKYPE sdfsmc
seth.frielich@salesrepusa.net

*Complaint*

## MOTION

Mr Haim Shani general Manger of Unitronics has stolen my invention
US Patent 6552654 and has sold it to all the mentioned costumers,
**inclusive cars & trucks companies** over the United States .This is
patent infringement and huge damage because I use Windows stored
process in PLC Programmable Logic Controller with GSM Mobile
Phone. In addition, Mr Haim Shani must understand the importance of
memory in PLC Programmable Logic Controller- GSM Mobile phone in
my US patent.

I use PC keyboard memory write/read to store my invention with the
Function Blocks in PLC Programmable Logic Controller & GSM. Mr
Haim Shani must understand that he cannot do the same by using PC
keyboard. Mr Haim Shani has done business with PLC & GSM with
**cars & trucks companies**. In addition, Mr Shani must have perception
and realize that he has used the claim and drawing sheet of my US Patent.

Here as follows - you can see  my US patent for the new technology of
using  PLC programmable logic controller  – GSM Mobile phone
established in june.3,1999 and that time nobody of the  Unitronics, team
knew how this new technology works or even how to store by using of
Function Blocks in PLC  or  how to  erasable .

### Security system with a mobile telephone & PLC programmable logic controller _ US Patent 6552654..

PLC Programmable Logic Controllers G, H, and I essentially are used to
activate a mobile phone
Inventor. Gharb, Samy ... Foreign Application Priority Data. 1999-06-03
CH  http://www.patentstorm.us/patents/6552654/description.html -
(Summary No, 1)

A security system for monitoring objects, comprising:
a digital recording device having at least one emergency message; and
a mobile telephone having at least one preselected emergency number;
Programmable Logic Controller (PLC);  controllers for activating a
mobile telephone and a digital recording device;

Here are the three devices used in my invention of the new technology.

1. MEMORY OF PLC Programmable Logic Controller
2. MEMORY OF PC
3. MEMORY OF GSM MOBILE PHONE



US006552654B1

(12) **United States Patent**                    (10) Patent No.:        **US 6,552,654 B1**
Gharb                                            (45) Date of Patent:        **Apr. 22, 2003**

(54) **SECURITY SYSTEM WITH A MOBILE TELEPHONE**

(76) Inventor:   **Samy Gharb**, Bachtobelstrasse 30, CH-8045 Zurich (CH)

( * ) Notice:   Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.:   **09/762,111**

(22) PCT Filed:   **May 25, 2000**

(86) PCT No.:   **PCT/CH00/00294**
§ 371 (c)(1),
(2), (4) Date:   **Apr. 5, 2001**

(87) PCT Pub. No.:   **WO00/74983**
PCT Pub. Date: **Dec. 14, 2000**

(30)       **Foreign Application Priority Data**

Jun. 3, 1999    (CH) ............................................. 1042/99

(51) **Int. Cl.$^7$** .............................................. **B60R 25/10**
(52) **U.S. Cl.** ...................... **340/426**; 340/998; 340/995; 340/573.1; 340/574; 340/539; 455/345; 455/517
(58) **Field of Search** ............................. 340/426, 988, 340/995, 573.1, 574, 539, 998; 455/345, 517

(56)          **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,497,149 A | * | 3/1996 | Fast .............................. 340/988 |
| 5,731,785 A | * | 3/1998 | Lemelson et al. ...... 340/825.49 |
| 5,805,055 A | * | 9/1998 | Colizza ..................... 340/426 |
| 5,898,391 A | * | 4/1999 | Jefferies et al. ........... 340/988 |
| 5,959,529 A | * | 9/1999 | Kail, IV ................... 340/539 |

* cited by examiner

Primary Examiner—Daniel J. Wu
Assistant Examiner—Hung Nguyen
(74) Attorney, Agent, or Firm—Burns, Doane, Swecker & Mathis, L.L.P.

(57)          **ABSTRACT**

A security system is activated by a remote control (A) via a main relay (B) and an alarm signal is generated by a sensor unit (C) with at least one sensor. The alarm signal is processed in the PLC control units (D, F, G, H, I) and with a recording device (K), and the alarm information is transmitted in the form of a data set via a mobile telephone. The PLC control units are client-specifically programmed with a computer (PC) during the start-up process and the information is transmitted to them via a mobile line (50, 51, 52). The invention is suitable for use in the monitoring of vehicles and security cases. In particular, the security device can be integrated into a satellite locating system with which the position can be represented on a monitor.

**10 Claims, 8 Drawing Sheets**



<u>Mr Haim Shani is not allowed to use, offer or sell this new technology of my US Patent.</u> I use PC keyboard memory write/read to store my invention with Function blocks in PLC programmable logic controllers & GSM Mobile Phone.Mr Shain is not allowed to do the same by using PC keyboard and this is direct patent infringement.





Here is Unitronics business with PLC programmable logic controller – GSM Mobile Phone in cars/ trucks Companies (General Motors- Fiat- Volvo .Mercedes-Pirelli).



### Summary of the fact

### Fact No, 1

Unitronics has been a publicly traded company since October 1999 and I
received the American & International Patent in June 03.1999 and at that
time no one of Unitronics team inclusive Mr Haim Shani had no idea
about my new technology of PLC programmable logic controller -GSM
mobile phone.

### Fact No, 2

Here you can see Unitronics business with PLC programmable logic
controller – GSM mobile phone in cars/ trucks Companies ( General
Motors- Fiat- Volvo .Mercedes-Pirelli) and that is patent infringement
because of use the PLC programmable logic controller – GSM and
installed in cars/ trucks. Mr Shani must have perception and realize that
I will not allowed him to use any Claim of drawing sheet

Unitronics Industries » Automobile
Director Zvi Livne -Director Ron Mishael -Director Moshe Baraz
Chief Financial Officer Yair Itscovich



## About Unitronics and the business environment

Unitronics (EURO.NM symbol: UNIT ) is an Israeli company that designs, develops, manufactures, and markets Programmable Logic Controllers (PLCs), the computer 'brains' that controls automated production lines.  Our company is dedicated to the prime directive of PLC control—to make automation simple, efficient, and affordable.

Since 1989, we have introduced devices intended to provoke new trends in production line automation.  We created the OPLC™ controller series: controllers that enable bi-directional man-machine communication through a simple user interface.

Our state-of-the art PLCs are installed in plants in a variety of industrial sectors-petrochemical, paper and corrugated, plastics and foods, energy and environment, air conditioning and building control, machine and process control applications, power generation, water and wastewater management—where automation and process control are needed.

We believe that in today's global economy, data has become an incredibly valuable commodity.  In industry, production data must be freely distributed through all levels of an enterprise.  Data must be equally available on the production floor, to marketing staff and to management.  Proper data distribution leads to greater efficiency— a key element of success in an increasingly competitive marketplace.

This is driving a strong market trend towards PLCs that are integrated with advanced communication technologies, PLCs that enable vertical communications throughout an enterprise—on a global scale.  We expect to timely release a new generation of products, embedded with Internet and wireless communication abilities, to meet this trend.  Unitronics' WebPLC™ uses .www technology to enable seamless production-floor-to-boardroom communications.  Our M90-GSM is capable of wireless communications over cellular telephone networks.  A mobile user can send and receive production data via a cell phone—even where the M90-GSM itself is installed in a moving vehicle.

According to a Frost & Sullivan report (Report 5450-10), the world PLC market is expected to reach USD 10.29 billion by the year 2004.  Our objective is to become a major player within our market niche by developing technologically advanced products that are timed to meet market demand, and by developing and maintaining a global marketing network to deliver those products where market demand exists.

For further information:

Unitronics                                    +972 8 9786 555
Haim Shani, Chief Executive Officer            haim@unitronic.com
Cara Levy, Investor relations                  info@unitronic.com
Unitronics Web Site.                           www.unitronic.com



**PLC programmable logic controller – GSM mobile phone in cars**



### Fact No, 3

From the year 1990 to the year, 2000 Mr Haim Shani the general Manger
of Unitronics had only one PLC M 90 without any GSM Mobile phone
feature. You can see here the following picture ( which clearly) that
means at that time Mr Haim Shani had no idea about my new technology
of the use PLC programmable logic controller & GSM  mobile phone
( Summary No,2).

## APPENDIX C:  NEW PLC USERS                    Table of Conte

Parts of a PLC                                    61
Operating Panel
Inputs                                            61
Outputs                                           61
CPU                                               61
**How PLCs Work**                                 61
                                                  61
                                                  62

## TABLE OF FIGURES

                                                  65

## INDEX

                                                  67

Without any

function block wi

GSM

Fact

v

### Fact No 4

In  08.27 2000 Mr Haim Shani has written that PLC programmable logic
controller  M90 is Ready to Grow but he has forgotten to wrote that the
new technology was been from US patent of Inventor Samy Gharb.





US006552654B1

(12) **United States Patent**        (10) Patent No.:     **US 6,552,654 B1**
   Gharb                             (45) Date of Patent:        **Apr. 22, 2003**

(54) **SECURITY SYSTEM WITH A MOBILE TELEPHONE**

(76) Inventor:  **Samy Gharb**, Bachtobelstrasse 30, CH-8045 Zurich (CH)

( * ) Notice:   Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.:  **09/762,111**

(22) PCT Filed:  **May 25, 2000**

(86) PCT No.:    **PCT/CH00/00294**

       § 371 (c)(1),
       (2), (4) Date:   **Apr. 5, 2001**

(87) PCT Pub. No.:  **WO00/74983**

       PCT Pub. Date: **Dec. 14, 2000**

(30)    **Foreign Application Priority Data**

   Jun. 3, 1999    (CH)    ........ ... ....... ...... .. ... . ..  1042/99

(51) Int. Cl.[7] ......................................  **B60R 25/10**
(52) **U.S. Cl.** ........................ 340/426; 340/998; 340/995; 340/573.1; 340/574; 340/539; 455/345; 455/517
(58) **Field of Search** .................................. 340/426, 988, 340/995, 573.1, 574, 539, 998; 455/345, 517

(56)              **References Cited**

               U.S. PATENT DOCUMENTS

   5,497,149 A  *  3/1996  Fast ...  : .. ............  340/988
   5,731,785 A  *  3/1998  Lemelson et al  .....  340/825.49
   5,805,055 A  *  9/1998  Colizza  ... ... .. .........  340/426
   5,898,391 A  *  4/1999  Jefferies et al. ...........  340/988
   5,959,529 A  *  9/1999  Kail, IV  ..... ........  340/539

* cited by examiner

*Primary Examiner*—Daniel J. Wu
*Assistant Examiner*—Hung Nguyen
(74) *Attorney, Agent, or Firm*—Burns, Doane, Swecker & Mathis, L.L.P.

(57)              **ABSTRACT**

A security system is activated by a remote control (A) via a main relay (B) and an alarm signal is generated by a sensor unit (C) with at least one sensor. The alarm signal is processed in the PLC control units (D, F, G, H, I) and with a recording device (K), and the alarm information is transmitted in the form of a data set via a mobile telephone. The PLC control units are client-specifically programmed with a computer (PC) during the start-up process and the information is transmitted to them via a mobile line (50, 51, 52). The invention is suitable for use in the monitoring of vehicles and security cases. In particular, the security device can be integrated into a satellite locating system with which the position can be represented on a monitor.

**10 Claims, 8 Drawing Sheets**



### Fact No, 5

My US Patent for security system with PLC- GSM – 10 claim & drawing
sheet for PLC – GSM mobile phone –function blocks in PLC
programmable logic controller   to use with GSM Mobile Phone.

### Fact No, 6

### International patent classification

 A Internal CL 60R25/10

B 60 RVEHICLES, VEHICLE

B 60 B25/06.operating on transmission
25/10.actuating a signalling device
**PLC- GSM a data set for transmission to the mobile telephone**
**Security system comprising**

B US CL 340/426

### Vehicle – PLC – GSM

### Fact No,7

For determation of  the exact volume of infringement because and Mr
Haim Shani has used all the Claim & Drowing Sheet and Function block
sheet  of my US Patent 6,552,,

Claims:

What is claimed is:

1. A security system for monitoring objects, comprising: a digital
recording device having at least one emergency message; and a mobile
telephone having at least one preselected emergency number; a first
Programmable Logic Controller (PLC) controller for initialing
monitoring; a second PLC controller for repeating an alarm signal; and
third, fourth, and fifth PLC controllers for activating a mobile telephone
and a digital recording device; at least one sensor for generating an alarm
state connected to the first PLC controller; a main relay for controlling
the first PLC controller and which can be operated by a remote control; a
computer having mobile lines connectable to the five PLC controllers for
programming the five PLC controllers; and a data set for transmission to
the mobile telephone including alarm information; wherein the second
PLC controller repeats the alarm signal if the line dialed by the mobile
telephone in case of an alarm, is busy; and wherein each time the second
PLC controller repeats the alarm signal, the third, fourth and fifth PLC
controllers activate the mobile telephone and the digital recording device.
**And  Mr Shani  must have perception and realize that I well not**
**allowed him to use any claim and drawing sheet.**

2. A security system as claimed in claim 1, wherein the data set
comprises a start signal, the at least one emergency number, and the at
least one emergency message.

and Mr Shani_ must have perception and realize that I will not allowed his to use any Claim of drawing sheet.

3. A security system as claimed in claim 1, wherein each of the controllers includes inputs and outputs, and wherein the outputs of the first PLC controller are connected to an input of the second PLC controller and of the fifth PLC controller, outputs of the second PLC controller are connected to inputs of the third, fourth, and fifth PLC controllers, outputs of the third and fourth PLC controllers are connected to an input of the mobile telephone, and outputs of the fifth PLC controller are connected to the recording device.

4. A security system as claimed in claim 1, wherein the fifth PLC controller is configured and arranged to control the ignition and the solenoid of the fuel pump of a vehicle.

5. A method of using a security system comprising the steps of: providing a security system as claimed in claim 1; positioning the security system inside a security case, the security case including an underside having at least one switching element for triggering the alarm and at least one switching element for releasing the power supply; a satellite communications device connected to the security system and having an antenna for communicating with a satellite locating system; and operating the security system for locating vehicles.

6. The method of claim 5, wherein when the security case is not in contact with a surface, the at least one switching element for the triggering the alarm triggers the alarm and the at least one switching element for releasing the power supply connects the power supply to at least one of the PLC controllers.

7. A method for operating a security system comprising the steps of: providing a security system as claimed in claim 1; entering the alarm signal and the alarm information in the PLC controllers into the mobile telephone and digital recording device, which establishes a data set; activating the operating status via the main relay by means of the remote control; generating an alarm signal via the at least one sensor of the sensor unit; transmitting the alarm signal to the first PLC controller, and from the first PLC controller to the second PLC controller; transmitting the alarm signal at least once to the third, fourth, and fifth PLC controllers, the outputs of which are used to control the mobile telephone and the recording device; and transmitting the data set via the mobile telephone, wherein the data set is compiled from the at least one emergency number stored in the mobile telephone, the emergency message stored in the recording device, and start and initialization signals from the third and fourth PLC controllers.

8. A method as claimed in claim 7, further comprising the steps of: operably connecting the security system to a vehicle having an ignition power supply and a fuel pump solenoid; interrupting the vehicle ignition power supply; and blocking the fuel pump solenoid.

9. A method as claimed in claim 7, further comprising the step of: repeating the alarm signal in the second PLC controller at least once if the line dialed in case of an alarm by the mobile telephone is busy. to cause the line to be redialed.

10. A method as claimed in claim 7, further comprising the steps of: operably connecting the security system to a vehicle having a power supply; supplying the security system with power via the vehicle power supply, except for the remote control that is operated externally and with a battery.

BRIEF DESCRIPTION OF THE DRAWINGS
The invention of the present application will now be described in more detail with reference to preferred embodiments of the apparatus and method, given only by way of example, and with reference to the accompanying drawings, in which:
FIG. 1 is shows a schematic portrayal of a security system with a mobile telephone& PLC (drowing sheet) and Mr Shani  must have perception and realize that I well not allowed him to use any drawing sheet.

FIG. 2 shows an overview circuit diagram of the PLC (Programmable Logic Controller) controller D (Function block) Drowing sheet.
FIG. 3 shows an overview circuit diagram of the PLC controller F ( Function block) drowing sheet .
FIG. 4 shows an overview circuit diagram of the PLC controller G ( Function block) drowing sheet.
FIG. 5 shows an overview circuit diagram of the PLC controller H ( Function block) drowing sheet.
FIG. 6 shows an overview circuit diagram of the PLC controller I ( Function block) drowing sheet.
FIG. 7 shows a security system with mobile telephone, integrated into a satellite locating system (drowing sheet).
FIG. 8 shows a security system with mobile telephone, integrated into a security case.

**Function blocks drawing sheet (Fig 1 to Fig 6).**

The Function Blocks are summarized in the following table: PLC Relay No. Command Time

| | | |
|---|---|---|
| G Q9 Mobile telephone ON | 01.00 s-02.40 s |
| G Q10 Pin Code 1 | 06.00 s-01.50 s |
| G Q11 Pin Code 2 | 08.00 s-01.50 s |
| G Q12 Pin Code 3 | 10.00 s-01.50 s |
| H Q13 Pin Code 4 | 12.50 s-01.50 s |
| H Q14 OK | 14.00 s-01.50 s |
| H Q15 Emergency number | 16.50 s-01.50 s |
| H Q16 OK | 18.50 s-01.50 s |
| I Q17 Start emergency message | 19.90 s-01.70 s |
| I Q18 Mobile telephone OFF | 55.5s |

**Fact No, 8**

Mr Haim Shani must understand that he has neither the licenes nor the permission  to use my patent and because he use the claim of the my US patent and the drowing sheet of function block in the PLC programmable logic controller for use with GSM  that means he has to pay for this huge Damge of my US PATENT.

**Fact No, 9**
Direct damages by using the drowing sheets of function blocks & claims with picture in internet.

## Function blocks

### Fact No, 10

For all  function  blocks using  of drowing sheet with GSM ready for the
customers without any rights intellectual property in  US .

Mr Haim Shani wrote this on his website
Use function block Information, located on the view menu, to check:
Which FBs (function blocks) are installed in your library.
Which FB versions are installed, which versions are used in the open
project, and to manage FB versions?
FB memory usage.



Here is direct Patent infringement because Mr Haim Shani use
Function blocks via PC keyboard and store it ready for his customers
(Summary No.3) In addition; Mr Shani must have perception and realize
that.





**Function block for pin code Mobile phone on**

**PLC programmable logic controller for *function block for Phone Number on***

Gharb- Unitronics-cars and trucks Companies- 24 -          09.30.2010



## U90
### Creating SMS messages

You can create up to 99 SMS messages, or up to a total of 1K whichever comes first. Each SMS message can contain up to 140 characters. SMS messages can include both fixed text and variable data.

**Creating SMS text messages**

Note that you must use the English character set to write SMS messages.

1. Open the SMS editor by selecting SMS Configuration from the Controller menu
2. Enter fixed text by placing your cursor within a line and typing normally. You may use any keyboard symbols except for number symbols (#). These have a specific purpose which is described below

SMS messages may contain:
Fixed text    Integer and list variables

1. Cut and copy messages by clicking on the Cut button. This removes all of the text and variables from a message, but does not delete the line
2. Copy messages by clicking on the Copy button. This copies all of the text and variables.
3. Paste by clicking on the Paste button. You can paste over an existing message. This action erases any information in the line
4. Use the Insert button to add a line below the line containing the cursor
5. Use the Delete button to remove a line below the line containing the cursor

**Attaching variables**

You can attach up to 9 variables to an SMS message. Each variable can include up to 16 characters. Attaching variables to an SMS message is similar to attaching variables to an HMI display. However, the variable must already be in the variable list—you cannot link a variable before it has been created

Integer variables can be sent and received with SMS messages. List variables can only be sent to a cell phone.

As with HMI variables, you must create a Display Field for the display of the variable's value

1. Click your cursor where you want to locate the variable text
2. Hold down the Shift key on your PC keyboard, while you press the right-pointing arrow key. A square is highlighted each time you press the arrow key. The first square displays the number of highlighted squares.
3. Release the Shift key. The Select Operand and Address box opens
4. Enter the variable number and description, then click OK as shown below

5. The SMS message now appears together with the variable field.

**Deleting variables**

1. Place your cursor in the highlighted Variable field
2. Press the Backspace or Delete key until the entire field is erased

**Testing messages**

1. To test your messages, click on the Compile button. If, for example, you have attached 'illegal' variables—not integer or list variables—the first illegal variable will be displayed

Related Topics

mk:@MSITStore:C:\Programme\Unitronics\Unitronics%20U90%20Ladder\Help\U90 ...   23.04.2007

PLC programmable logic controller for *__function block for sms message__*

PLC programmable logic controller function blocks for **GSM Mobile phone On/*Off***







**Fact No, 11**

Mr Haim Shani has erased this documents of the year 2000 from internet
which I called this a feel action because if you store documents afterward
you erase, them would be stay always in PDF. Here is question why he
has done this because he has written that is **where the M90 PLC -GSM**
**Mobile phone itself is installed in a moving vehicle and Mr Shani**
**must have perception and realize this.**



## About Unitronics and the business environment

Unitronics (EURO.NM symbol: UNIT ) is an Israeli company that designs, develops, manufactures, and markets Programmable Logic Controllers (PLCs), the computer 'brains' that controls automated production lines.  Our company is dedicated to the prime directive of PLC control—to make automation simple, efficient, and affordable.

Since 1989, we have introduced devices intended to provoke new trends in production line automation.  We created the OPLC™ controller series: controllers that enable bi-directional man-machine communication through a simple user interface.

Our state-of-the art PLCs are installed in plants in a variety of industrial sectors-petrochemical, paper and corrugated, plastics and foods, energy and environment, air conditioning and building control, machine and process control applications, power generation, water and wastewater management—where automation and process control are needed.

We believe that in today's global economy, data has become an incredibly valuable commodity.  In industry, production data must be freely distributed through all levels of an enterprise.  Data must be equally available on the production floor, to marketing staff and to management.  Proper data distribution leads to greater efficiency— a key element of success in an increasingly competitive marketplace.

This is driving a strong market trend towards PLCs that are integrated with advanced communication technologies, PLCs that enable vertical communications throughout an enterprise—on a global scale.  We expect to timely release a new generation of products, embedded with Internet and wireless communication abilities, to meet this trend.  Unitronics' WebPLC™ uses .www technology to enable seamless production-floor-to-boardroom communications.  Our M90-GSM is capable of wireless communications over cellular telephone networks.  A mobile user can send and receive production data via a cell phone—even where the M90-GSM itself is installed in a moving vehicle.

According to a Frost & Sullivan report (Report 5450-10), the world PLC market is expected to reach USD 10.29 billion by the year 2004.  Our objective is to become a major player within our market niche by developing technologically advanced products that are timed to meet market demand, and by developing and maintaining a global marketing network to deliver those products where market demand exists.

**For further information:**

| | |
|---|---|
| Unitronics | +972 8 9786 555 |
| Haim Shani, Chief Executive Officer | haim@unitronic.com |
| Cara Levy, Investor relations | info@unitronic.com |
| Unitronics Web Site: | www.unitronic.com |

US Ghasl
Pat

- Ghasl المليار - باب -
Myriad Buz - myrfia -

## Fact No, 12

On 7.27.1999 Mr Haim Shani the boss of Unitronics was occupied in filing a new patent PCT/IL/00/00443 for an improved method and apparatus for Detection of medical conditions
shock and pre shock and <u>at that time Mr Haim Shani had no idea about the new technology of PLC programmable logic controller & GSM Moblie phone and how this works and if he could have known it he</u>

would have been filing a Patent for PLC & GSM Mobile phone and not
for MEDICAL conditions..
Pub. No.: WO/2001/006926 International Application No.:
PCT/IL2000/000443
Publication Date: 01.02.2001 International Filing Date: 25.07.2000
Chapter 2 Demand Filed: 19.02.2001
IPC: A61B 5/103 (2006.01)
Applicants: SHANI, Haim [IL/IL]; (IL) (US Only).
SHAVIT, Ittai  (IL) (US Only).
CARDIOSENSE LTD. [IL/IL]; P.O. Box 212, Nesher 36601 (IL) (All
Except US).
Inventors: SHANI, Haim; (IL).
SHAVIT, Ittai; (IL).
Agent: LUZZATTO, Kfir et al.; Luzzatto & Luzzatto, P.O. Box 5352,
84152 Beer Sheva (IL).
Priority Data: 131108
26.07.1999 IL
131245 04.08.1999 IL (Summary No.4)


## Fact No 13

Mr Haim Shani Want to United States for making business as follows
here you can read the story about his kind of business.
*In 2000, Unitronics* commenced penetration of the North American
markets, which it believes to represent a third of the aggregate world
PLC market. In June 2001, Unitronics Inc., a Delaware (USA)
corporation was established as a wholly owned subsidiary of the
Company, whose principal facilities are located near Boston,
Massachusetts. Unitronics Inc. operates and coordinates a network of
more than 60 sales representatives and re-sellers spanning most of the
states in the USA, while Unitronics provides technical and sales training
sessions.
*The US Market In the year 2001,* during the first months of operation in
the US market, Unitronics realized insignificant revenues from this
market; however these revenues increased following continued market
penetration and gaining market acceptance as indicated in the diagram
below, demonstrating increased growth in revenues from the US market,
through the three consecutive calendar years ending December 31, 2003.

Gharb- Unitronics-cars and trucks Companies- 29 -                    09.30.2010



**Fact No, 14**

Please see the above-illustrated picture;
For storing , Function blocks sheet drawing with Keyboard PC to use
with GSM Mobile phone and this direct Patent infringement of my US
patent and no one is legitimated to all allows Mr Shani to use my US
patent.

Here as follows you see various products of Unitronics with my patent
stored in all PLC programmable logic controller central processing unit
(CPU) containing processor, executive memory.

Gharb- Unitronics-cars and trucks Companies- 30 -                                    09.30.2010

(12) INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREA



(19) World Intellectual Property Organization
International Bureau



(43) International Publication Date
1 February 2001 (01.02.2001)          **PCT**

(10) International Publication

**WO 01/06926**  A

| | |
|---|---|
| (51) International Patent Classification⁷:   A61B 5/103 | (81) Designated States *(national)*: AE, AG, AI AZ, BA, BB, BG, BR, BY, BZ, CA, CH, CI DE, DK, DM, DZ, EE, ES, FI, GB, GD, GE HU, ID, IL, IN, IS, JP, KE, KG, KP, KR, K LS, LT, LU, LV, MA, MD, MG, MK, MN, NO, NZ, PL, PT, RO, RU, SD, SE, SG, SI, S TR, TT, TZ, UA, UG, US, UZ, VN, YU, Z |
| (21) International Application Number:   PCT/IL00/00443 | |
| (22) International Filing Date:   25 July 2000 (25.07.2000) | |
| (25) Filing Language:    English | |
| (26) Publication Language:    English | (84) Designated States *(regional)*: ARIPO pa KE, LS, MW, MZ, SD, SL, SZ, TZ, UG, patent (AM, AZ, BY, KG, KZ, MD, RU, TJ, patent (AT, BE, CH, CY, DE, DK, ES, FI, F IT, LU, MC, NL, PT, SE), OAPI patent (E CI, CM, GA, GN, GW, ML, MR, NE, SN, |
| (30) Priority Data: | |

(30) Priority Data:
131108    26 July 1999 (26.07.1999)    IL
131245    4 August 1999 (04.08.1999)    IL

(71) Applicants and
(72) Inventors: SHANI, Haim [IL/IL]; 83 Adolam Street, 73142 Shaham (IL). SHAVIT, Ittai [IL/IL]; 58A Herzl Street, 22401 Nahariya (IL).

**Published:**
— *With international search report.*

(74) Agents: LUZZATTO, Kfir et al.; Luzzatto & Luzzatto, P.O. Box 5352, 84152 Beer Sheva (IL).

*For two-letter codes and other abbreviations, re ance Notes on Codes and Abbreviations" appear ning of each regular issue of the PCT Gazette.*

(54) Title: AN IMPROVED METHOD AND APPARATUS FOR THE DETECTION OF MEDICAL CONDITIO AND PRE-SHOCK



(57) Abstract: Method and apparatus for the diagnosis and/or early detection of physiological distress in a patien

Gharb- Unitronics-cars and trucks Companies- 31 -                     09.30.2010



**PLC + HMI in one unit**

## PRODUCT OVERVIEW



PLC & Color Touchscreen HMI

PLC & Touchpanel HMI

PLC & Graphic HMI

PLC & Text HMI

 **Fact No, 15**

**Unitronics products for PLC programmable logic controller – GSM
mobile phone between the years 2000 to 2009 ( Summary NO,5)**

**2009 New Product** Unitronics - Vision350™ PLC & GSM Mobile
phone
**January 8, 2008** –Equipped with 3.5 in. colour touch screen capable of
supporting 3 MB application memory for images and 512 K for fonts,
PLC Vision 350 (TM) allows 250.
**May 2007** - The new Unitronics Vision 570 OPLC with Colour
Touchscreen.October 2006 - Additional Unitronics JAZZ OPLC models.
April 2006 - New Unitronics JAZZ Micro-OPLC - Break the Rules.
**April 2006** - Unitronics Integrated PLC and HMIs – the complete series
of OPLCs. November 2005 - Join Unitronic's 100,000 celebrations.
Special 1+1 offer on newly released M91 and Vision 120 models.
**July 2005** - Tank Level and Product Density System at Frucor Beverages
Ltd using E+H Deltapilot S and Unitronics V260 PLC .
**March 2005** - New from Unitronics. The Vision 290 PLC with Virtual
Touch Screen (pdf 119k).**March 2004** - Unitronics OPLC Series wins
excellence award.

**August 2003** - Enhanced versatility with new Expansion modules and extended Snap-in I/O
**December 2002** - New: Unitronics Vision 280 PLC with integrated Touchscreen Panel **June 2002 – New:** Unitronics Vision 120 PLC integrated Graphic Operator Panel and PLC
**May 2002** - New: Unitronics Vision 260 PLC- with integrated 240 x 64 pixels graphics display
**October 2001 -** New: Unitronics Vision 230 - the first PLC with integrated graphics display June 2001 - Process Control for the Quarrying Industry Unitronics M90 PLC and GSM Mobile phone Kit.







**Fact No, 16**

Mr Haim Shani has written in this picture on internet that he does
business with Security System through PLC programmable logic
controller & GSM Mobile Phone here is the direct patent infringement of
my US patent and show here for determinations the damages to my US
Patent by "lost profits *(lost royalty).*

Here is PLC & GSM for 900 USD



## **Background of the memory & store**

Memory and CPU Central Processing Unit in GSM Mobile Phone



PC and CPU Central Processing Unit



PLC memory and CPU Central Processing Unit



<u>Background of PLC programmable logic controllers – CPU & Store Data</u>

The PLC mainly consists of a CPU, memory areas, and appropriate circuits to receive input/output data. DATA STORAGE-Typically there are registers assigned to <u>simply store</u> data. They are usually used as temporary storage for math or data manipulation. They can also typically be used to store data when power is removed from the PLC. Upon power-up, they will still have the same contents as before power was removed.
The CPU in PLC Programmable Logic Controllers
The CPU core is the 'computer' part of the Microcontroller. Its job is to run the program supplied by the designer. **It does this by using memory, some registers**, and the program memory. As seen in the block diagram above, the M68HC11 CPU is called out as a subcomponent of the chip as a whole. There is a reason. Most Microcontrollers are available in multiple versions. Each version will have its own interesting set of features. The 68HC811E2, for example, is a chip with the 68HC11 CPU at its core, but 2k of EEPROM and some extra timer options. The 68HC11A1 has 512 bytes of EEPROM, and 256 bytes of RAM. It is quite typical for manufacturers to put out multiple versions of the chip, so you need to know which version you are dealing with!

**Background Story of Mr Haim Shani**



He holds a Bachelors degree in Management Engineering from Technion
- Israel Institute of Technology Engineering Management is the field
concerned with the application of engineering principles to the planning
and operational management of industrial and manufacturing operations.
Engineering Managers are prepared to plan and manage such operations.
Engineering Management programs typically include instruction in
accounting, engineering economy, financial management, industrial and
in that time **Mr Haim Shani had no idea about what is PLC
programmable logic controller.**

.
He serves as Director of Cardiosense Ltd.,
He serves as Director of Corpus Colossum Ltd

### The story of Mr Haim Shani with Unitronics from 1999

Here some stories of Unitronics trying to have place in Airport City
markets 27,000 sqm to Maple, Unitronics has also bought 4,500 sq.m. In
Airport City. 15/10/2000 12:33:00 Elazar Levin Maple has rented 22,500
sq.m. Shell condition, in Airport City, at **$8 per sq**.m. Per month, index-
linked, in a 10-year lease.In the first half of 1999, Unitronics posted NIS
5.7 million revenues, and its net profit was NIS 239,000. The company
anticipates a rapid increase in revenues in the next few years.
*Published by Israel's Business Arena September 21, 1999* during that
time Mr Haim Shani had no money to do any business in USA.

Unitronics, a manufacturer of programmable logic controllers (PLCs), is
in the process of an initial public offering on the EruoNM Belgium .the
subscription period for the 3,000,000 shares being offered at €3.72 is
from September 21 through October 15, 1999. Smeets Securities of
Antwerp is the lead underwriter, joined by Delta Lloyd Bank of
Amsterdam and Cyril Finance Gestion of Paris PLCs is computer-based
electronic devices used in automation to control machinery and other
systems. They are programmed to perform specific control tasks in real-
time and allow continuous closed loop control capabilities by processing
feedback from input sensors and activating output tasks. PLCs are used
in a variety of fields including the automotive, petrochemical, plastics,
textile, pharmaceutical, energy, packaging industries.

### Generally, IP Australia  Patent Office
(Summary No,6).
http://pericles.ipaustralia.gov.au/ols/auspat/quickSearch.do?queryString=
haim+shani&resultsPerPage.

Mr Haim Shani had no money to pay the fee of this patent in Australia
and the patent was lapsed.

### Background Story of Mr Seth Frielich VP Unitronics Inc,



Experienced Sales Leader, with proven history of success starting up, developing, training, and managing sales teams. Strategic planner, able to create and implement successful long-term strategies throughout organizations, leading to sustained growth.

*NOTABLE CONTRIBUTIONS*

⌐ Sales grow between 18% and 50% per year, exceeding $5 million in 2008
⌐ Interviewed, hired, trained, and managed sales agents nationally
⌐ Started up divisions of multiple companies
⌐ Sold to major accounts, including Black and Decker, Allied Signal., IBM, Xerox, Kodak, Ford, Minarik, Pitney-Bowes, Brown & Sharp, Varian, Kulicke and Soffa, Quad Systems,

HATCH TECHNOLOGY, DIRECTOR OF SALES January through March 2009

UNITRONICS, VP OF SALES AND MARKETING, AND GENERAL MANAGER 2000-2008 Unitronics is a foreign manufacturer of a unique product that combines a Programmable Logic Controller (PLC) with a Human Machine Interface (HMI). Started up the United States division of the company on consulting basis. As sales grew transitioned to running the company as the VP and GM. Focused on establishing a network of Sales Representatives covering the United States, and then building up the brand identity for the company.
*The PLC* programmable logic controller *M91-GSM* Mobile Phone from Unitronics without any patent rights.



## Background of the use of GSM Mobile phone

Everybody use Mobile Phone and Knows very well to send messages
with Phone number. You must put the line of GSM in position ON and
the pin code too and afterwards you can send the message with Phone
number and at the end, you have to close the line with position off. It is
quite simple and all this I invented as Novelty worldwide. This is the first
PLC, which can do this with GSM Mobile Phone, and Unitronics is not
legitimated to use this not only in USA but also in other countries in the
world because I received the American Patent and the International
Patent. Unitronics has done business during 10 years with only one
product PLC M 90 Programmable Logic Controllers and without any
capability to GSM Mobile phone.
Unitronics has done business with PLC M91 the new product with my
Function Blocks to use GSM capability starting from the year 2000 after
my US Patent No, 6. 552.654 published on 06.03.1999 this is a criminal
act and an unfair competition.

### In the year 2000, Mr Haim Shani has written this in internet

The PLC programmable logic controller M90-GSM™ Mobile phone is a
new product, which allows wireless SMS (Short-Message-Service)
messages to be sent to and from a PLC to a cellular phone user via
cellular networks.
The PLC - M90-GSM™ Mobile phone enables remote-controlled
operation of machines and devices via GSM cellular communication
networks. Unitronics' customers can therefore remotely maintain
vending machines, refrigerating **trucks, building automation, fuel and
chemical tanks, highway traffic control systems, etc. - without the
need for on-site personnel.**
The Company believes that the introduction of M90 PLC -GSM™,
Mobile phone opens a new market for Unitronics the M90-GSM, a new
product that allows wireless SMS (Short-Message-Service) messages to
be sent to and from a PLC to a cellular phone user via cellular networks,
was introduced into the R&D plan for the year 2000. As much of the
groundwork for the development of the M90-GSM directly resulted from

the WebPLC™ project, the M90-GSM progressed quickly through the
R&D process and has already been released to market.
"I am confident that we will continue to identify and embed the best of
emerging communication technologies into our products" Eyal Saban,
Unitronics' Chief Technology Officer commented recently. "I think the
M90-GSM is going to have great impact. Mobile data communications
and m-Commerce give the end-user a tremendous advantage."
The R&D team has carried out planned product development largely
according to schedule in addition to developing the products mentioned
above. (Summery No.7)
Mr Haim Shani has stored my function blocks in all PLCs to use with
GSM mobile phone and Mr Haim Shani must have perception and
realize that he cannot use **my US Patent 6552654 with function blocks
drawing sheet (Fig 1 to Fig 6).**
The Function Blocks are summarized in the following table: PLC Relay
No. Command Time

| | Command | Time |
|---|---|---|
| G Q9 | Mobile telephone ON | 01.00 s-02.40 s |
| G Q10 | Pin Code 1 | 06.00 s-01.50 s |
| G Q11 | Pin Code 2 | 08.00 s-01.50 s |
| G Q12 | Pin Code 3 | 10.00 s-01.50 s |
| H Q13 | Pin Code 4 | 12.50 s-01.50 s |
| H Q14 | OK | 14.00 s-01.50 s |
| H Q15 | Emergency number | 16.50 s-01.50 s |
| H Q16 | OK | 18.50 s-01.50 s |
| I Q17 | Start emergency message | 19.90 s-01.70 s |
| I Q18 | Mobile telephone OFF | 55.5s |



Store means to store in the memory and Mr Haim Shani has to
understand this because he holds a Bachelors degree in Management
Engineering from Technion and he must have perception and realize that.
Here is direct patent infringement because the boss of Unitronics has
stored all my function blocks in PLC ready to use for the costumers
directly in the United States .function blocks are the heart (main part) of
this new technology of my US Patent 645,645. In addition, Unitronics is
strictly not allowed to use to offer or to sell my Patent and this we can
call it as criminal act and unfair competition.

**Here are the Customers**

*Coca Cola Atlanta Vs, P o box 1734 Atlanta Georgia 30301 USA.*
*General Motors  P.O. Box 33170 Detroit, MI 48232-5170 USA.*
*Volvo Cars of North America, LLC Volvo Drive P.O. Box 914 Rockleigh,*
*New Jersey. 07647*

*Saab Automobile USA PO BOX 33166 Detroit, MI 48232-5166 Phone: 800-955-9007.*
*Fiat Automobile spia located in Corso Agnelli 200, Turin Italy.*
*Mercedes Benz USA  , LLC 3 Mercedes DRIVE  Montvale, NJ 07645.*
USA patent  Law

35 U.S.C. 271 Infringement of patent.
(a) Except as otherwise provided in this title, whoever without authority makes, uses, offers to sell, or sells any patented invention, within the United States, or imports into the United States any patented invention during the term of the patent therefore, infringes the patent.
(b) Whoever actively induces infringement of a patent shall be liable as an infringer.
(c) Whoever offers to sell or sells within the United States or imports into the United States a component of a patented machine, manufacture, combination, or composition, or a material or apparatus for use in practicing a patented process, constituting a material part of the invention, knowing the same to be especially made or especially adapted for use in an infringement of such patent, and not a staple article or commodity of commerce suitable for substantial no infringing use, shall be liable as a contributory infringer.
(d) No patent owner otherwise entitled to relief for infringement or contributory infringement of a patent shall be denied relief or deemed guilty of misuse or illegal extension of the patent right by reason of his having done one or more of the following: (1) derived revenue from acts which if performed by another without his consent would constitute contributory infringement of the patent; (2) licensed or authorized another to perform acts which if performed without his consent would constitute contributory infringement of the patent; (3) sought to enforce his patent rights against infringement or contributory infringement; (4) refused to license or use any rights to the patent; or (5) conditioned the license of any rights to the patent or the sale of the patented product on the acquisition of a license to rights in another patent or purchase of a separate product, unless, in view of the circumstances, the patent owner has market power in the relevant market for the patent or patented product on which the license or sale is conditioned.

### 35 U.S.C. 284 Damages.

Upon finding for the claimant, the court shall award the claimant damages adequate to compensate for the infringement but in no event, less than a reasonable royalty for the use made of the invention by the infringer, together with interest and costs as fixed by the court.
When a jury does not find the damages, the court shall assess them. In either event, the court may increase the damages up to three times the amount found or assessed. Increased damages under this paragraph shall not apply to provisional rights under section 154(d) of this title.
The court may receive expert testimony as an aid to the determination of damages or of what royalty would be reasonable under the circumstances. (Amended Nov. 29, 1999, Public Law 106-113, sec. 1000(a) (9), 113 Stat. 1501A-566 (S. 1948 sec. 4507(9)).)

### Summary of the fact

1. Unitronics has been a public trade company since October 1999 and at that time no one of Unitronics team knew about of the new technology of

13. For store, function blocks sheet drawing with Keyboard PC to use with GSM and Mr Shani must have perception and realize that.

14. Unitronics product for PLC – GSM from the year 2000 to 2009.
15. Mr Haim Shani wrote this with picture that he does business for Security System with PLC- GSM.

In a polite request I ask the United Stated District Court for the District of Columbia to require an amount of compensation of 800.000.000 US $ from  Mr haim Shani of Unitronics concerning of infringement of my US Patent 6,554,654 during the period from (2000 – 2009) and  for these huge damages to my US Patent by doing business with all cars & trucks Companies (Volvo Cars of North America - Saab Automobile USA- Fiat Automobile- Mercedes Benz  USA-PIRELLI-  BMW- and Coca cola).And all this without any intellectual property rights from the year 2000.

Respectfully submitted

US Patent holder & International Patent Holder
SAMY GHARB
Kalchbühlstrasse 161
8038 Zürich, Switzerland
E mail  samygharb@ymail.com
Tel: 00410792951584
Fax: 00410444821323

Zurich 09.30.2010

Includes
Summary

# SUMMARY

US006552654B1

(12) **United States Patent**                    (10) **Patent No.:**      **US 6,552,654 B1**

Gharb                                            (45) **Date of Patent:**      **Apr. 22, 2003**

(54) **SECURITY SYSTEM WITH A MOBILE TELEPHONE**

(76) Inventor:   **Samy Gharb**, Bachtobelstrasse 30, CH-8045 Zurich (CH)

( * ) Notice:    Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.:   **09/762,111**

(22) PCT Filed:   **May 25, 2000**

(86) PCT No.:     **PCT/CH00/00294**

§ 371 (c)(1),
(2), (4) Date:    **Apr. 5, 2001**

(87) PCT Pub. No.:   **WO00/74983**

PCT Pub. Date: **Dec. 14, 2000**

(30)        **Foreign Application Priority Data**

Jun. 3, 1999   (CH) .............................. 1042/99

(51) Int. Cl.$^7$ .............................................. **B60R 25/10**
(52) U.S. Cl. ...................... **340/426**; 340/998; 340/995; 340/573.1; 340/574; 340/539; 455/345; 455/517
(58) **Field of Search** .................................. 340/426, 988, 340/995, 573.1, 574, 539, 998; 455/345, 517

(56)              **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,497,149 A | * | 3/1996 | Fast ............................ | 340/988 |
| 5,731,785 A | * | 3/1998 | Lemelson et al. ..... | 340/825.49 |
| 5,805,055 A | * | 9/1998 | Colizza ...................... | 340/426 |
| 5,898,391 A | * | 4/1999 | Jefferies et al. .......... | 340/988 |
| 5,959,529 A | * | 9/1999 | Kail, IV .................... | 340/539 |

* cited by examiner

*Primary Examiner*—Daniel J. Wu
*Assistant Examiner*—Hung Nguyen
(74) *Attorney, Agent, or Firm*—Burns, Doane, Swecker & Mathis, L.L.P.

(57)              **ABSTRACT**

A security system is activated by a remote control (A) via a main relay (B) and an alarm signal is generated by a sensor unit (C) with at least one sensor. The alarm signal is processed in the PLC control units (D, F, G, H, I) and with a recording device (K), and the alarm information is transmitted in the form of adata set via a mobile telephone. The PLC control units are client-specifically programmed with a computer (PC) during the start-up process and the information is transmitted to them via a mobile line (50, 51, 52). The invention is suitable for use in the monitoring of vehicles and security cases. In particular, the security device can be integrated into a satellite locating system with which the position can be represented on a monitor.

**10 Claims, 8 Drawing Sheets**



10 1847

FILED

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia



FIG. I



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



**FIG. 7**



FIG. 8

US 6,552,654 B1

**1**

# SECURITY SYSTEM WITH A MOBILE TELEPHONE

## BACKGROUND OF THE INVENTION

1. Field of the Invention

The invention relates to a security system with a mobile telephone for monitoring objects, in particular vehicles and security cases, and a method for operating such a system.

2. Brief Description of the Related Art

The monitoring or protecting of objects, in particular vehicles and security cases, is becoming more and more important today.

Various security systems are known for protecting vehicles, for example, alarm systems with automatic alarm triggering, at the onset of which a loud horn signal is heard if unauthorized persons attempt to enter the vehicle. But if an unauthorized person is successful in deactivating the alarm system, the vehicle may be stolen, and its recovery frequently becomes an insurmountable problem.

## SUMMARY OF THE INVENTION

It is the objective of the invention at hand to propose a security system in which the alarm is reported via a mobile telephone connection.

A further objective is to describe a method for operating a system in which a satellite locating system is included for locating the vehicle.

Still other objects, features, and attendant advantages of the present invention will become apparent to those skilled in the art from a reading of the following detailed description of embodiments constructed in accordance therewith, taken in conjunction with the accompanying drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

The invention of the present application will now be described in more detail with reference to preferred embodiments of the apparatus and method, given only by way of example, and with reference to the accompanying drawings, in which:

FIG. 1 is shows a schematic portrayal of a security system with a mobile telephone.

FIG. 2 shows an overview circuit diagram of the PLC (Programmable Logic Controller) controller D.

FIG. 3 shows an overview circuit diagram of the PLC controller F.

FIG. 4 shows an overview circuit diagram of the PLC controller G.

FIG. 5 shows an overview circuit diagram of the PLC controller H.

FIG. 6 shows an overview circuit diagram of the PLC controller I.

FIG. 7 shows a security system with mobile telephone, integrated into a satellite locating system.

FIG. 8 shows a security system with mobile telephone, integrated into a security case.

## DESCRIPTION OF THE PREFERRED EMBODIMENTS

Referring to the drawing figures, like reference numerals designate identical or corresponding elements throughout the several figures.

FIG. 1 shows a schematic portrayal of a security system with a mobile telephone, for example, by Natel.

**2**

A main relay B is located on the input side at the 12 V power supply of a motor vehicle, while the outputs are connected with a first PLC (Programmable Logic Controller) controller D, transmit to it, and provide it with outputs Q1 to Q4. The main relay B is controlled by mean of a remote control A of a known type via an infrared interface, and is not described in detail.

The PLC controller D is used essentially to trigger the start of the alarm functions. For alarm detection, one or more of the sensors are combined into a sensor unit C. For this purpose, known proximity sensors (IR sensors) are provided as sensors and are located in the vehicle in such a way that they are able to emit an output signal as an alarm signal upon a door opening or window opening. As a rule, one sensor of this type is provided per door. For clarity, FIG. 1 shows only one sensor of this type. If several sensors are present, the outputs are switched in parallel.

Output Q1 is connected with the sensor unit C and emits the start signal for the operating readiness of the sensors.

Output Q2 is also connected with the control unit C and provides the start signal for the operating readiness of the sensors at night, which is accomplished via a timer and will be described later.

The time windows for operating readiness during the day and at night are individually freely selected by means of outputs Q1 and Q2; this results in high flexibility and is of great importance for low-cost system operation.

The sensor unit C is connected via lines 23 and 24 with the PLC controller D; i.e., the sensors are hereby kept active or passive within certain time windows. Line 23 transmits the start alarm signal of the sensor(s) of the sensor unit C for 30 seconds. Line 24, which connects output Q4 with the sensor unit, transmits the command alarm signal for 6 hours, so that an alarm signal can be actively transmitted within this time window.

The alarm signal that is supplied simultaneously via lines 24 and 27 to a second PLC controller F and a fifth PLC controller I is present at output Q4.

The PLC controller F with outputs Q5–Q8 is essentially used for alarm repetition or repeating the alarm signal. If, due to a busy mobile telephone connection, the alarm information cannot be transmitted, it is automatically repeated one or more times. Outputs Q5 and Q6 are provided, for example, for a first and second repetition, whereby the corresponding outputs are connected via lines 28 and 29 with a third PLC controller G, which is provided with outputs Q9–Q12.

Lines 28 and 29 are connected simultaneously with a fourth PLC controller H with outputs Q13–Q16 located parallel to PLC controller G and with a fifth PLC controller I with outputs Q17–Q20.

Outputs Q7 and Q8 provide the start signals for the repetition or respectively for the suppression of a repetition, i.e., Q7 for alarm signal No. 2 during the day and Q8 for suppressing alarm signal No. 2 at night.

PLC controllers G, H, and I essentially are used to activate a mobile telephone J and a digital recording device K as well as several other functions related to the vehicle, i.e., ignition and fuel pump.

Outputs Q9 to Q15 provide the four pieces of information necessary for starting the mobile telephone; i.e., at the output Q9 the command "mobile telephone ON," at output Q10 the command "1—code," at output Q11 the command "2—code," at output Q12 the command "3—OK," and at output Q15 the command "4—emergency number."

US 6,552,654 B1

3

Output Q17 is connected with the digital recording device K, in which the emergency message is stored, retrieved, and can be transmitted to the mobile telephone J. Output Q18 transmits the command "mobile telephone OFF."

Outputs Q19 or Q20, respectively, are used in case of an alarm to interrupt the power supply to the fuel pump V or respectively to the ignition N, whereby the display lamps L2 (red) and L1 (green) arranged in the corresponding circuits are no longer illuminated.

Naturally, the PLC controllers F, G, H, and I, the mobile telephone J, and the recording device K are also supplied over the same 12 V supply, which is only partially indicated.

All components of the security system except for the remote control are located in the vehicle at inconspicuous, barely visible places.

If, in case of an alarm, at least one of the sensors responds, the power supply to the fuel pump and ignition is interrupted, the emergency number is dialed in the mobile telephone, and the emergency text is transmitted. If the line is busy, the alarm information is repeated once or several times in freely selectable intervals, for example, every two minutes.

FIG. 1 furthermore shows a computer PC (Personal Computer) that is connected via mobile lines 50, 51, and 52 with PLC controllers D, F, and G, H, I. All necessary information for programming the PLC controllers from the PC or PC database are read via these lines, and the PC system is then disconnected from the security system. In this manner, the security system is programmed at the initial startup, so that customer preferences can easily be taken into consideration.

FIG. 2 shows the overview circuit diagram of the PLC controller D. A first timer function B01 or the block No. B01 defines a time window from 00.00 to 06.00, in which output Q1 is on "HIGH." Analogously, output Q2 is on "HIGH" for a second timer function B02 in a time window from 06.01 to 23.59. Blocks No. B03 to B06 contain on and off switching functions.

FIGS. 3 to 6 show the overview circuit diagrams of the PLC controllers F, G, H, and I. Analogously to FIG. 2, they contain already described known functions, such as time functions and on/off functions (relays), and are not described in more detail.

In an exemplary embodiment that corresponds to FIG. 1 in its construction and is provided as a security system for a vehicle, five PLC controllers, a mobile telephone, and a digital recording device are used as control units.

The control functions are summarized in the following table:

| PLC | Relay No. | Command | Time |
|---|---|---|---|
| D | Q1 | System ON/OFF at night | 00.00 H–05.59 H |
| D | Q2 | System ON/OFF during the day | 06.00 H–11.59 H |
| D | Q3 | Reic | |
| D | Q4 | Alarm signal for 6 h | 01.00 s–06.00 H |
| F | Q5 | Alarm signal No. 1 | 01.00 s–53.00 s |
| F | Q6 | Alarm signal No. 2 | 01.00 m–01.53 m |
| F | Q7 | Alarm signal No. 2 ON/OFF (NOR circuit) | |
| F | Q8 | No alarm signal No. 2 | 00.00 H–05.59 H |
| G | Q9 | Mobile telephone ON | 01.00 s–02.40 s |
| G | Q10 | Pin Code 1 | 06.00 s–01.50 s |
| G | Q11 | Pin Code 2 | 08.00 s–01.50 s |
| G | Q12 | Pin Code 3 | 10.00 s–01.50 s |

4

-continued

| PLC | Relay No. | Command | Time |
|---|---|---|---|
| H | Q13 | Pin Code 4 | 12.50 s–01.50 s |
| H | Q14 | OK | 14.00 s–01.50 s |
| H | Q15 | Emergency number | 16.50 s–01.50 s |
| H | Q16 | OK | 18.50 s–01.50 s |
| I | Q17 | Start emergency message | 19.90 s–01.70 s |
| I | Q18 | Mobile telephone OFF | 55.50 s–02.50 s |
| I | Q19 | Solenoid ON (AND circuit) | |
| I | Q20 | Ignition OFF (NOR circuit) | |

One use of the security system with a mobile telephone according to the invention is in the localization of vehicles via a satellite locating system. A known system of this type is offered by Eutelsat under the name "EUTELTRACS-SYSTEM" and permits the determination of the location of vehicles with an accuracy of 100 meters (Ref. QTRACKS/400 system software for AS/400 computer systems by IBM).

FIG. 7 shows the security system with mobile telephone integrated into a satellite locating system.

A system for mobile satellite communications for vehicles is known under the name EUTELTRACS. Two geostationary EUTEL satellites, i.e., a communications satellite 10 and a positioning satellite 11 with a coverage of all of Western and Eastern Europe, the Mediterranean region, and the Middle East continuously send and receive messages sent by the mobile devices 12 and the terrestrial station 13 to the respective recipient. The positions of vehicles are thereby determined with an accuracy of 100 m. The terrestrial station is in communication with a service provider 14 who transmits all messages and positioning messages via terrestrial networks or satellite networks to the end customer. The latter has a Dispo-PC 15, i.e., a computer with screen on which a position can be displayed. This EUTELTRACS system is not described here in any more detail.

According to the invention, the security system 16 with mobile telephone is now built into the mobile device 12, which, as a rule, is a road vehicle, but also may be, for example, a motor yacht.

Should an alarm occur, the end customer is notified by mobile telephone on a telephone 17. He then turns on his PC 15, selects the position display, and is then able to initiate the tracking.

This makes it possible after an alarm to locate a stolen vehicle via the service provider on the screen of a PC, for example, in the street grid of a major city, and to track it.

FIG. 8 shows a security system with mobile telephone integrated into a security case for monitoring in a satellite locating system.

The components of the security system already described for FIG. 1, such as the main relay B, the PLC controllers D, F, G, H, I, the recording device K, and the mobile telephone J are built into a security case 1. A power supply 2 is connected on one side to the mobile telephone, the main relay, and a satellite communications device M, and on the other side via a switching element 3 to the PLC controllers. The switching element is attached inconspicuously on the underside of the security case and is constructed in such a way as a switch that the contact is closed when the security case is off the floor. Also on the underside of the security case is another switching element 4 that is connected to the power supply and activates it when it is picked up, thus starting the entire security system. For redundancy, several

US 6,552,654 B1

**5**

switching elements 3 and 4 may be provided. The security case is activated with a remote control A. All components are integrated in a side, the top, or the bottom of the case in a low-profile construction style, so that sufficient room for documents or similar items is left in the case itself.

From the satellite communications device M, an antenna cable leads to the antenna 8 that is provided for the reception of satellite signals. The antenna is mounted below the case top and not visible from the outside. A short antenna 9 of the mobile telephone J which is integrated, for example, into an edge element of the case, also is barely visible. The location of the case is continuously monitored on an IBM AS/400 computer system via the satellite communications device M and the already mentioned QTRACKS/400 system software (location display).

This fulfills a central condition for re-locating a security case.

While the invention has been described in detail with reference to preferred embodiments thereof, it will be apparent to one skilled in the art that various changes can be made, and equivalents employed, without departing from the scope of the invention. Each of the aforementioned documents is incorporated by reference herein in its entirety.

What is claimed is:

1. A security system for monitoring objects, comprising:
   a digital recording device having at least one emergency message; and
   a mobile telephone having at least one preselected emergency number;
   a first Programmable Logic Controller (PLC) controller for initialing monitoring;
   a second PLC controller for repeating an alarm signal; and
   third, fourth, and fifth PLC controllers for activating a mobile telephone and a digital recording device;
   at least one sensor for generating an alarm state connected to the first PLC controller;
   a main relay for controlling the first PLC controller and which can be operated by a remote control;
   a computer having mobile lines connectable to the five PLC controllers for programming the five PLC controllers; and
   a data set for transmission to the mobile telephone including alarm information;
   wherein the second PLC controller repeats the alarm signal if the line dialed by the mobile telephone in case of an alarm, is busy; and
   wherein each time the second PLC controller repeats the alarm signal, the third, fourth and fifth PLC controllers activate the mobile telephone and the digital recording device.

2. A security system as claimed in claim 1, wherein the data set comprises a start signal, the at least one emergency number, and the at least one emergency message.

3. A security system as claimed in claim 1, wherein each of the controllers includes inputs and outputs, and wherein the outputs of the first PLC controller are connected to an input of the second PLC controller and of the fifth PLC controller, outputs of the second PLC controller are connected to inputs of the third, fourth, and fifth PLC controllers, outputs of the third and fourth PLC controllers are connected to an input of the mobile telephone, and outputs of the fifth PLC controller are connected to the recording device.

4. A security system as claimed in claim 1, wherein the fifth PLC controller is configured and arranged to control the ignition and the solenoid of the fuel pump of a vehicle.

**6**

5. A method of using a security system comprising the steps of:
   providing a security system as claimed in claim 1;
   positioning the security system inside a security case, the security case including
      an underside having at least one switching element for triggering the alarm and at least one switching element for releasing the power supply;
      a satellite communications device connected to the security system and having an antenna for communicating with a satellite locating system; and
   operating the security system for locating vehicles.

6. The method of claim 5, wherein when the security case is not in contact with a surface, the at least one switching element for the triggering the alarm triggers the alarm and the at least one switching element for releasing the power supply connects the power supply to at least one of the PLC controllers.

7. A method for operating a security system comprising the steps of:
   providing a security system as claimed in claim 1;
   entering the alarm signal and the alarm information in the PLC controllers into the mobile telephone and digital recording device, which establishes a data set;
   activating the operating status via the main relay by means of the remote control;
   generating an alarm signal via the at least one sensor of the sensor unit;
   transmitting the alarm signal to the first PLC controller, and from the first PLC controller to the second PLC controller;
   transmitting the alarm signal at least once to the third, fourth, and fifth PLC controllers, the outputs of which are used to control the mobile telephone and the recording device; and
   transmitting the data set via the mobile telephone, wherein the data set is compiled from the at least one emergency number stored in the mobile telephone, the emergency message stored in the recording device, and start and initialization signals from the third and fourth PLC controllers.

8. A method as claimed in claim 7, further comprising the steps of:
   operably connecting the security system to a vehicle having an ignition power supply and a fuel pump solenoid;
   interrupting the vehicle ignition power supply; and
   blocking the fuel pump solenoid.

9. A method as claimed in claim 7, further comprising the step of:
   repeating the alarm signal in the second PLC controller at least once if the line dialed in case of an alarm by the mobile telephone is busy, to cause the line to be redialed.

10. A method as claimed in claim 7, further comprising the steps of:
   operably connecting the security system to a vehicle having a power supply;
   supplying the security system with power via the vehicle power supply, except for the remote control that is operated externally and with a battery.

* * * * *

S2



ED

# Chapter 1:  Overview

## Introducing the M90 Micro OPLC

The M90 is a micro OPLC[1]; a compact controller that contains a fully integrated operating panel. It is a fine device for simple control tasks, both household and industrial.  The M90 comes in different models offering a variety of capabilities, including analog control, CANbus and expansion ports.  These M90 features give it the flexibility to control both time and ambient condition based processes.



*Figure 1. The M90*

The operating panel shown in Figure 1 provides the operator interface.  The M90 operating panel contains an LCD text display screen and a keypad.  The LCD screen can be used to display operating instructions, a feature that makes the M90 very easy to use.  The operator uses the keypad to communicate information to the M90 or to modify existing data.  This communication interface between the M90 and operator is referred to as the HMI, or Human Machine Interface, throughout this manual.

The M90 operating panel offers an additional feature called Information Mode. Information Mode allows the operator to view certain types of system data such as input status or timer values.

The M90 web site can be found at www.unitronic.com/m90/index.htm. Check this site frequently for product updates, new M90 applications and programming tips.

---

[1] Acronym for Operating panel + Programmable Logic Controller.

**Table of Contents**

**APPENDIX C:  NEW PLC USERS**                         **61**

Parts of a PLC                                          **61**
Operating Panel                                          61
Inputs                                                   61
Outputs                                                  61
CPU                                                      61
How PLCs Work                                          **62**


**TABLE OF FIGURES**                                    **65**


**INDEX**                                                **67**

without any

function Elook with

GSM

Fact



UNITRONICS M.. 0/M91/Jazz OPLC™

┌─────────────────────────────────────────────┐
│ PLC Modem Configuration                       │
└─────────────────────────────────────────────┘

Init Strings:    +++
                 ATH
                 AT
                 ATS0=1

Use Modem: Disabled

Advanced:

    Modem TimeOut: Reply = 1.2 sec
    Modem TimeOut: Dial = 65 sec

Dial System: Not Defined

Telephone Numbers:    1:
                      2:
                      3:
                      4:
                      5:
                      6:

10 1847

**FILED**

OCT 2 8 2010

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| Store integer into timer200.U90 | Page 1 | 04.23.07  18:57:37 |



# U90

## GSM PIN Code via MI

Use this utility to use an MI vector to supply a GSM modem PIN code. When you use this function, the controller will look for the number in the MIs, bypassing the PIN code in the SMS message dialog box.

Note that since there is no Ladder element for this function; you perform it by:

- Storing the start address of the MI vector needed to contain the PIN into SI 141,
- Storing 410 into SI 140 to select the function. Storing the function number calls the function. In your application, call the function **after** you have entered all of the other parameters. Note that when you run Test (Debug) Mode, the current value in SI 140 will **not** be displayed.

The PIN code should be called before the modem is initialized; the function should therefore be called as a power-up task.

Note that if the MIs contain an incorrect PIN code format, the error will be indicated by Error message #18 in SI 180–Illegal PIN Format.





## SMS Phone Number: via MI Pointer

Use this utility to use an MI vector as one of the phone numbers in the SMS phone book. This allows you to:

- Enable a number to be dialed via the PLC's keypad.
- Exceed the 6 number limit of the SMS phone book.

Note that since there is no Ladder element for this function; you perform it by.

- Storing the start address of the MI vector needed to contain the phone number into SI 141,
- Entering the character's MI, in capital letters, in the
- Using the index number of that line to call the number, which enables the number in the MI vector to be called,
- Storing 400 into SI 140 to select the function. Storing the function number calls the function. In your application, call the function after you have entered all of the other parameters. Note that when you run Test (Debug) Mode, the current value in SI 140 will not be displayed.



SMS phone number via MI:  Function Number 400
Phone number to be dialed: +25454123456



## Creating SMS messages

You can create up to 99 SMS messages, or up to a total of 1k, whichever comes first. Each SMS message can contain up to 140 characters. SMS messages can include both fixed text and variable data.

### Creating SMS text messages

Note that you must use the English character set to write SMS messages.

1  Open the SMS editor by selecting SMS Configuration from the Controller menu

2. Enter fixed text by placing your cursor within a line and typing normally. You may use any keyboard symbols except for number symbols (#). These have a specific purpose which is described below.



1. Cut and copy messages by clicking on the Cut button. This removes all of the text and variables from a message, but does not delete the line.
2. Copy messages by clicking on the Copy button. This copies all of the text and variables.
3. Paste by clicking on the Paste button. You can paste over an existing message  This action erases any information in the line.
4. Use the Insert button to add a line below the line containing the cursor.
5. Use the Delete button to remove a line below the line containing the cursor.

### Attaching variables

You can attach up to 9 Integer or List Variables to an SMS message. Each variable can include up to 16 characters. Attaching variables to an SMS message is similar to attaching variables to an HMI display. However, the variable must already be in the variable list--you cannot link a variable before it has been created.
 Integer variables can be sent and received with SMS messages. List variables can only be sent to a cell phone.
As with HMI variables, you must create a Display Field for the display of the variable's value.

1. Click your cursor where you want to locate the variable text.
2. Hold down the Shift key on your PC keyboard, while you press the right-pointing arrow key. A square is highlighted each time you press the arrow key. The first square displays the number of highlighted squares.
3  Release the Shift key. The Select Operand and Address box opens
4. Enter the variable number and description, then click OK as shown below.



5  The SMS message now appears together with the variable field.



### Deleting variables

1. Place your cursor in the highlighted Variable field.
2. Press the Backspace or Delete key until the entire field is erased.

### Testing messages

1. To test your messages, click on the Compile button. If, for example, you have attached 'illegal' variables--not integer or list variables--the first illegal variable will be displayed.

**Related Topics**

Configuring SMS messaging features

Sending SMS messages from a cell phone

PCT/IL **00 / 0 0 4 4 3**

IL 00/443

4

RECD 2 9 AUG 2000

WIPO                    PCT

מדינת ישראל
**STATE OF ISRAEL**

Ministry of Justice
Patent Office

משרד המשפטים
לשכת הפטנטים

**This is to certify that
annexed hereto is a true
copy of the documents as
originally deposited with
the patent application
of which particulars are
specified on the first page
of the annex.**

זאת  לתעודה  כי
רצופים  בזה  העתקים
נכונים  של  המסמכים
שהופקדו  לכתחילה
עם  הבקשה  לפטנט
לפי  הפרטים  הרשומים
בעמוד  הראשון  של
הנספח.

**PRIORITY
DOCUMENT**
SUBMITTED OR TRANSMITTED IN
COMPLIANCE WITH RULE 17.1(a) OR (b)

0 1 -08- 2000
This                           היום

רשם הפטנטים

**Commissioner of Patents**

IL 1847

**FILED**
OCT 2 8 2010

נתאשר
Certified

(12) INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

(19) World Intellectual Property Organization
International Bureau





(43) International Publication Date
1 February 2001 (01.02.2001)

PCT

(10) International Publication Number
WO 01/06926 A1

(51) International Patent Classification⁷: A61B 5/103

(21) International Application Number: PCT/IL00/00443

(22) International Filing Date: 25 July 2000 (25.07.2000)

(25) Filing Language: English

(26) Publication Language: English

(30) Priority Data:
131108      26 July 1999 (26.07.1999)   IL
131245      4 August 1999 (04.08.1999)   IL

(71) Applicants and
(72) Inventors: SHANI, Haim [IL/IL]; 83 Adolam Street, 73142 Shaham (IL). SHAVIT, Ittai [IL/IL]; 58A Herzl Street, 22401 Nahariya (IL).

(74) Agents: LUZZATTO, Kfir et al.; Luzzatto & Luzzatto, P.O. Box 5352, 84152 Beer Sheva (IL).

(81) Designated States (national): AE, AG, AL, AM, AT, AU, AZ, BA, BB, BG, BR, BY, BZ, CA, CH, CN, CR, CU, CZ, DE, DK, DM, DZ, EE, ES, FI, GB, GD, GE, GH, GM, HR, HU, ID, IL, IN, IS, JP, KE, KG, KP, KR, KZ, LC, LK, LR, LS, LT, LU, LV, MA, MD, MG, MK, MN, MW, MX, MZ, NO, NZ, PL, PT, RO, RU, SD, SE, SG, SI, SK, SL, TJ, TM, TR, TT, TZ, UA, UG, US, UZ, VN, YU, ZA, ZW.

(84) Designated States (regional): ARIPO patent (GH, GM, KE, LS, MW, MZ, SD, SL, SZ, TZ, UG, ZW), Eurasian patent (AM, AZ, BY, KG, KZ, MD, RU, TJ, TM), European patent (AT, BE, CH, CY, DE, DK, ES, FI, FR, GB, GR, IE, IT, LU, MC, NL, PT, SE), OAPI patent (BF, BJ, CF, CG, CI, CM, GA, GN, GW, ML, MR, NE, SN, TD, TG).

Published:
—   With international search report.

For two-letter codes and other abbreviations, refer to the "Guidance Notes on Codes and Abbreviations" appearing at the beginning of each regular issue of the PCT Gazette.

(54) Title: AN IMPROVED METHOD AND APPARATUS FOR THE DETECTION OF MEDICAL CONDITIONS OF SHOCK AND PRE-SHOCK





(57) Abstract: Method and apparatus for the diagnosis and/or early detection of physiological distress in a patient and of recovery of a patient from actual state of physiological distress by measuring the filling time of blood vessels subjacent to an area of the skin of the patient. An image of an area to be gauged for color is acquired, so as to obtain a base-line color measurement. The filling time of blood vessels in the area is determined by comparison of the color of one or more additional images of the gauged area with the base-line measurement.

WO 01/06926 A1

**File copy**                                                                                    PCT/IL00/00443

## PATENT COOPERATION TREATY

(4

**PCT**

**NOTIFICATION OF THE RECORDING
OF A CHANGE**

(PCT Rule 92bis.1 and
Administrative Instructions, Section 422)

From the INTERNATIONAL BUREAU

To:

LUZZATTO, Kfir
Luzzatto & Luzzatto
P.O. Box 5352
84152 Beer Sheva
ISRAËL

| | |
|---|---|
| Date of mailing (day/month/year)<br>07 December 2001 (07.12.01) | |
| Applicant's or agent's file reference<br>8576/WO/99+ | **IMPORTANT NOTIFICATION** |
| International application No.<br>PCT/IL00/00443 | International filing date (day/month/year)<br>25 July 2000 (25.07.00) |

1. The following indications appeared on record concerning:

[X] the applicant   [ ] the inventor   [ ] the agent   [ ] the common representative

| Name and Address | State of Nationality | State of Residence |
|---|---|---|
| | | |
| | Telephone No. | |
| | Facsimile No. | |
| | Teleprinter No. | |

2. The International Bureau hereby notifies the applicant that the following change has been recorded concerning:

[X] the person   [X] the name   [X] the address   [X] the nationality   [X] the residence

| Name and Address | State of Nationality | State of Residence |
|---|---|---|
| CARDIOSENSE LTD.<br>P.O. Box 212<br>Nesher 36601<br>Israel | IL | IL |
| | Telephone No. | |
| | Facsimile No. | |
| | Teleprinter No. | |

3. Further observations, if necessary:
**New applicant for all designated States except the US. SHANI, Haim and SHAVIT, Ittai are
now applicant/inventors for the US only.**

4. A copy of this notification has been sent to:

[X] the receiving Office                          [ ] the designated Offices concerned

[ ] the International Searching Authority          [ ] the elected Offices concerned

[ ] the International Preliminary Examining Authority   [ ] other:

| The International Bureau of WIPO<br>34, chemin des Colombettes<br>1211 Geneva 20, Switzerland | Authorized officer<br><br>Athina NICKITAS-ETIENNE |
|---|---|
| Facsimile No.: (41-22) 740.14.35 | Telephone No.: (41-22) 338.83.38 |

Form PCT/IB/306 (March 1994)                                                           004520465

חוק הפטנטים, תשכ"ז-1967
Patent Law, 5727 - 1967

בקשה לפטנט
Application for Patent

לשימוש הלישכה
For Office Use

מספר:
Number

**131245**

תאריך:
Date

04-08-1999

הוקדם/נדחה
Ante/Post-Dated

אני, (שם המבקש, מענו ולגבי גוף מאוגד - מקום התאגדותו)
I, (Name and address of applicant, and in case of body corporate-place of incorporation)

1. חיים שני
רח' עדולם 83
שוהם 73142

Haim SHANI

2. איתי שביט
רח' הרצל 58א'
נהריה 22401

Ittai SHAVIT

בעל ההמצאה מכח     שמה הוא     THE LAW     הדין
Owner, by virtue of     an invention the title of which is

שיטה ומכשיר משופרים לאיבחון מצב הלם או טרום-הלם     (בעברית)
(Hebrew)

AN IMPROVED METHOD AND APPARATUS FOR THE DIAGNOSIS OF     (באנגלית)
ACTUAL OR PRE-SHOCK STATE     (English)

מבקש בזאת כי ינתן לי עליה פטנט.   hereby apply for a patent to be granted to me in respect thereof.

| *דרישת דין קדימה<br>Priority Claim | | | *בקשת פטנט מוסף -<br>Application for Patent Addition | *בקשת חלוקה -<br>Application of Division |
|---|---|---|---|---|
| מדינת האיגוד<br>Convention Country | תאריך<br>Date | מספר/סימן<br>Number/Mark | *לבקשת/לפטנט<br>to Patent/Appl. | *מבקשת פטנט<br>from Application |
| | | | מס' _____ № | מס' _____ № |
| | | | דאם _____ dated | דאם _____ dated |

*יפוי כח: כללי / מיוחד - רצוף בזה -/ עוד יוגש
P.O.A.: general /individual attached / to be filed later

filed in case _____ הוגש בעניין

המען למסירת מסמכים בישראל
Address for Service in Israel

לוצאטו את לוצאטו
ת.ד. 5352
באר שבע 84152     מספרנו: 8576/99

חותמת המבקם
Signature of Applicant

*Luzzatto & Luzzatto*

By:
Attorneys for Applicant

היום   3   בחודש   אוגוסט   שנה   1999
This   of   of the year

לשימוש הלישכה

טופס זה כשהוא מוטבע בחותם הלישכה לפטנטים ומושלם בסמפר ובתאריך ההגשה, הינו אישור להגשת הבקשה שפרטיה רשומים לעיל.
This form, impressed with the Seal of the Patent Office and indicating the number and date of filing, certifies the filing of the application the particulars of which are set out above.

מחק את המיותר   *   Delete whatever is inapplicable

# Unitronics PLC / Operator Panel                    EMC

## Jazz Series Micro PLC & HMI

Jazz is a Micro PLC with on-board I/O, plus a full-function Operator Panel
with numeric keypad. It is an ideal replacement for "smart relays" as it is a
smarter, more powerful device, at the same low pricing.

Jazz is perfect for simple electric boards to complex production lines. Its
high-speed inputs and remote comms options make it an economic choice
for water and agriculture applications, industrial lighting, automatic
barriers/doors, air conditioning, etc.

The PLC includes 24K (virtual) of Ladder programming software, math,
store/load, compare, clock, and vector operations functions.

The HMI has a LCD illuminated text display (2-line x 16-character) and 60
user-designed HMI screens. It is used to display operator instructions,
messages or variable data (time, date, bit status, integer values, etc).

Programming Kits and Accessories are supplied separately.



| Model | Description | EMC Code | Price |
|---|---|---|---|
| JZ10-11-R10 | Inputs:  6 digital<br>Outputs: 4 relay | UT 12 000 | $200.00 |
| JZ10-11-R16 | Inputs:  6 digital, 2 digital/analog (0-10V), 2 analog (0-20mA)<br>Outputs: 6 relay | UT 12 001 | $240.00 |
| IZ10-11-T10 | Inputs:  6 digital<br>Outputs: 4 transistor | UT 12 002 | $200.00 |
| JZ10-11-T17 | Inputs:  6 digital, 2 digital/analog (0-10V), 2 analog (0-20mA)<br>Outputs: 7 transistor | UT 12 003 | $240.00 |
| JZ10-11-R31 | Inputs:  16 digital, 2 digital/analog (10 bit, 0-10V), 2 analog (10 bit, 0/4-20mA)<br>Outputs: 11 relay | UT 12 004 | $290.00 |
| JZ10-11-T40 | Inputs:  16 digital, 2 digital/analog (10 bit, 0-10V), 2 analog (10 bit, 0/4-20mA)<br>Outputs: 20 transistor | UT 12 005 | $330.00 |
| JZ10-11-PT15 | Inputs:  3 digital, 3 digital/analog (10 bit, 0-10V), 3 PT1000 / NI1000<br>Outputs: 5 relay, 1 transistor | UT 12 006 | $400.00 |
| Programming and Accessories | | | |
| JZ-PRG | Programming Kit. Includes: CD, add-on port, cable, D-type adapter | UT 12 200 | $100.00 |
| MJ20-MEM1 | Programme Cloner | UT 12 201 | $100.00 |
| JZ-RS4 | Com port kit: RS232 / RS485 add-on port, cable and adapter | UT 12 202 | $155.00 |

## M90 / M91 Series PLC & HMI

M90 and M91 Controllers combine a micro PLC with a fully integrated operator panel and are
exceptional control devices for all entry-level applications.

LCD text display:        - single line x 16 character.
                         - two line x 16 character

They are 24Vdc powered (some 12Vdc), available in expandable and non-expandable
versions and can be panel or DIN-Rail mounted. Models are available with CANbus options
and a special module enables remote messaging via the GSM Network to a cellphone.

Each controller comes complete with:
Programming Software, User Guide, Programming Cable and Mounting Hardware
Expansion Modules and GSM Kit (see page 5)



| Model | Description | EMC Code | Price |
|---|---|---|---|
| M90-19-B1A | 10 inputs, 6 outputs, 1 analog input. No expansion port | UT 10 100 | $765.00 |
| M90-T | 8 inputs, 6 outputs. No analog I/O. No expansion port | UT 10 001 | $655.00 |
| M90-TA2-CAN | 10 inputs, 8 outputs, 2 analog in, 1 analog out. With expansion and CANbus ports | UT 10 303 | $1315.00 |
| M91-2-R1 | 10 inputs, 6 outputs, 1 analog input | UT 11 200 | $825.00 |
| M91-2-R2C | 10 inputs, 6 outputs, 2 analog inputs. With CANbus ports | UT 11 202 | $1095.00 |
| M91-2-R6C | 6 inputs, 6 outputs, 6 analog inputs. With CANbus ports | UT 11 203 | $1155.00 |
| M91-2-R34 | 22 inputs, 12 outputs, 2 digital/analog inputs | UT 11 209 | $1185.00 |
| M91-2-RA22 | 12 inputs, 8 outputs, 2 PT100/thermocouple inputs, 2 analog outputs | UT 11 210 | $1480.00 |
| M91-2-T1 | 12 inputs, 12 outputs. No analog I/O | UT 11 201 | $880.00 |
| M91-2-T38 | 22 inputs, 16 outputs. No analog I/O | UT 11 204 | $1155.00 |
| M91-2-T2C | 10 inputs, 12 outputs, 2 digital/analog inputs | UT 11 205 | $1095.00 |
| M91-2-UN2 | 10 inputs, 12 outputs, 2 PT100/TC/analog/digital inputs | UT 11 216 | $1290.00 |
| M91-2-UA2 | 10 inputs, 10 outputs, 2 TC/analog/digital inputs, 2 analog outputs | UT 11 217 | $1300.00 |

*LD 1847*

**FILED**

# Unitronics **PLC / Operator Panel**



## V120 Series PLC & HMI

The Vision 120 Series is a compact PLC and Graphic Operator Interface that
comes complete with: Programming Software, User Guide, Programming Cable
and Connectors.

It enables programming of the PLC and HMI in a single environment and eliminates
PLC-HMI communication. It saves I/O points, reduces hardware, simplifies assigning
functions to keys and data is entered via the keyboard.



a variety on-board inputs and outputs (expandable by 128 I/O - see Expansion
Modules on following pages), 96K ladder code memory and 2 x RS232/485 Ports.

features an illuminated 128 x 64 pixels Graphic STN LCD display, up to 255 user-
designed displays, a 16-key keypad and text messages up to 8 lines x 22 characters.

| Model | Description | EMC Code | Price |
|---|---|---|---|
| V120-22-R1 | 10 digital inputs, 6 relay outputs, 1 analog input, 12/24Vdc, 2 x RS232/485 | UT 40 100 | $1485.00 |
| V120-22-R2C | 10 digital inputs, 6 relay outputs, 2 analog inputs, 12/24Vdc, 2 x RS232/485, CANbus | UT 40 101 | $1675.00 |
| V120-22-T1 | 12 digital inputs, 12 transistor outputs, 12/24Vdc, 2 x RS232/485 | UT 40 103 | $1485.00 |
| V120-22-T38 | 22 digital inputs, 16 transistor outputs, 24Vdc, 2 x RS232/485 | UT 40 104 | $1745.00 |
| V120-22-UN2 | 10 digital inputs, 12 transistor outputs, 2 universal inputs (TC / PT / analog / digital), 12/24Vdc, 2 x RS232/485 | UT 40 102 | $1815.00 |
| V120-22-UA2 | 12 digital inputs, 10 relay outputs, 2 analog outputs, 2 universal inputs (TC / PT / analog / digital), 24Vdc, 2 x RS232/485 | UT 40 106 | $1925.00 |
| V120-22-R6C | 6 digital inputs, 6 relay outputs, 6 analog inputs, 24Vdc, 2 x RS232/485, CANbus | UT 40 107 | $1730.00 |
| V120-22-T2C | 10 digital inputs, 12 transistor outputs, 2 analog/digital inputs, 12/24Vdc, 2 x RS232/485, CANbus | UT 40 108 | $1675.00 |
| V120-22-R34 | 20 digital inputs, 12 relay outputs, 2 analog/digital inputs, 2 x RS232/485 | UT 40 109 | $1780.00 |
| V120-22-RA22 | 8 digital inputs, 2 analog / digital inputs, 2 PT100 / TC / digital inputs, 8 relay outputs, 2 analog outputs, 24Vdc, 2 x RS232/485 | UT 40 110 | $1925.00 |

## V130 Series PLC & HMI

The Vision 130 Series is a compact PLC with on-board I/Os and a versatile Graphic
Operator Interface. Each V130 comes complete with: Programming Software, User Guide,
Programming Cable and Connectors.

Typical features:

    Logic memory: 512K
    Scan time: 20µsec per 1K of typical application
    Up to 38 on-board I/Os: expandable up to 166 (see Expansion Modules)
    I/O options include digital, analog, temperature and weight
    Recipe programming and datalogging
    Auto-tune PID: up to 24 independent loops

    Display: 128 x 64 pixels, Graphic STN LCD, white LED backlight
    1024 displays, 500 images per application
    Application memory: Images - 256K, Fonts - 128K
    20 programmable keys, including 10 user-labeled keys

| Model | Description | EMC Code | Price |
|---|---|---|---|
| V130-33-R2 | 10 digital inputs, 2 analog/digital inputs, 6 relay outputs, 24Vdc, 1 x RS232/485 | UT 41 000 | $1485.00 |
| V130-33-T2 | 10 digital inputs, 2 analog/digital inputs, 12 transistor outputs, 24Vdc, 1 RS232/485 | UT 41 001 | $1485.00 |
| V130-33-R34 | 20 digital inputs, 2 analog/digital inputs, 12 relay outputs, 24Vdc, 1 x RS232/485 | UT 41 002 | $1780.00 |
| V130-33-T38 | 20 digital inputs, 2 analog/digital inputs, 16 transistor outputs, 24Vdc, 1 RS232/485 | UT 41 003 | $1780.00 |
| V130-33-RA22 | 8 digital inputs, 2 analog/digital inputs, 2 TC/PT/digital inputs, 8 relay outputs, 2 analog outputs, 24Vdc, 1 x RS232/485 | UT 41 004 | $1925.00 |
| V130-33-TA24 | 8 digital inputs, 2 analog/digital inputs, 2 TC/PT/digital inputs, 10 transistor outputs, 2 analog outputs, 24Vdc, 1 x RS232/485 | UT 41 005 | $1925.00 |
| V100-17-RS4 | 1 x RS232/485 Port | UT 91 000 | $95.00 |
| V100-17-RS4X | 1 x RS232/485 Port (isolated) | UT 91 001 | $165.00 |
| V100-17-ET2 | 1 x Ethernet Port | UT 91 002 | $425.00 |
| V100-17-CAN | 1 x CANbus Port | UT 91 003 | $215.00 |

# Unitronics PLC / Operator Panel


## Vision Series PLC & HMI with Snap-in I/O

The UNITRONICS Vision Series is a compact PLC with snap-in I/Os and a versatile Graphic Operator Interface with keyboard and / or touchscreen.

The Vision Series enables programming of the PLC and HMI in a single environment and eliminates PLC-HMI communication.

It saves I/O points, reduces hardware, simplifies assigning functions to keys and data is entered via the keyboard or touchscreen.

Each Vision Controller comes complete with:
- PLC and graphic HMI
- 120k database for data logging
- Programming software
- User guide, mounting hardware, connectors, communication cable and extra set of key labels

I/O Options:
Selectable I/O Snap-in Modules are added to the base model to provide a compact system.

Alternatively, if remote I/O is preferred, or if additional I/O is required, a wide range of Expansion modules are available (see page 53).




| Model | Description | EMC Code | Price |
|---|---|---|---|
| V230-13-B20B | Graphic display: 128 x 64 pixels. Text: up to 8 lines x 22 characters Expansion Option, CANbus, 1 x RS232 & 1 x RS232/RS485 | UT 60 000 | $1485.00 |
| V260-16-B20B | Graphic display: 240 x 64 pixels. Text: up to 8 lines x 40 characters Expansion Option, CANbus, 1 x RS232 & 1 x RS232/RS485 | UT 60 001 | $1730.00 |
| V280-18-B20B | Graphic LCD Touchscreen: 320 x 240 pixels, 4.7" active area. 27-key keyboard. Expansion Option, CANbus, 1 x RS232 & 1 x RS232/RS485 | UT 60 002 | $2075.00 |
| V290-19-B20B | Graphic LCD Touchscreen: 320 x 240 pixels, 5.7" active area. Virtual keyboard. Expansion Option, CANbus, 1 x RS232 & 1 x RS232/RS485 | UT 60 003 | $2075.00 |
| V530-53-B20B | Graphic LCD Touchscreen: 320 x 240 pixels, 5.7" active area. Virtual keyboard. Expansion Option, CANbus, 1 x RS232 & 1 x RS232/RS485 | UT 60 005 | $2075.00 |
| V570-57-T40B | TFT LCD display, 256 colours. Fluorescent back lighting 5.7" Touchscreen: 320 x 240 pixels QVGA Up to 1024 user-designed screens Up to 12 independent PID loops (up to 32 loops with external auto-tune) 2 x RS232/485 ports and optional Ethernet port 2 MB application memory size | UT 60 004 | $2970.00 |
| V570-57-T20B | As above but with LED back lighting | UT 60 007 | $2599.00 |
| V200-18-E1B | Inputs: 16 digital and 3 analog (10 bit) Outputs. 10 relay and 4 transistor | UT 70 000 | $495.00 |
| V200-18-E2B | Inputs: 16 digital and 2 analog (10 bit) Outputs. 10 relay, 4 transistor and 2 analog (12 bit) | UT 70 001 | $655.00 |
| V200-18-E3XB | Inputs: 18 digital and 4 analog (12 bit) Outputs. 15 relay and 2 transistor and 4 analog (12 bit) | UT 70 002 | $1085.00 |
| V200-18-E4XB | Inputs: 18 digital and 4 analog (14 bit) Outputs. 15 transistor and 4 analog (12 bit) | UT 70 003 | $1250.00 |
| V200-18-E5B | Inputs: 18 digital and 3 analog (10 bit) Outputs. 15 transistor | UT 70 004 | $655.00 |
| Additional Communication Ports | | | |
| V200-19-R4 | 1 x RS485 Port | UT 90 001 | $95.00 |
| V200-19-ET1 | 1 x Ethernet Port | UT 90 002 | $425.00 |
| V200-19-RS4-X | 1 x RS232 / RS485 Port (Isolated) | UT 90 007 | $165.00 |

# Unitronics **PLC / Operator Panel**



## V350 Series PLC & HMI with Colour Touchscreen

The Vision 350 Series is a compact PLC with on-board I/Os and a versatile Graphic
Operator Interface. Each V350 comes complete with: Programming Software, User Guide,
Programming Cable and Connectors. Typical features:



> Logic memory: 1MB
> Scan time: 15µsec per 1K of typical application
> Up to 38 on-board I/Os: expandable up to 166 (see Expansion Modules below)
> Auto-tune PID: up to 24 independent loops
> TFT LCD display, 256 colours. 3.5" Touchscreen: 320 x 240 pixels QVGA
> 1024 displays, 250 images per application
> Application memory: Images - 3MB, Fonts - 512K
> 5 programmable keys

| Model | Description | EMC Code | Price |
|---|---|---|---|
| V350-35-R2 | 10 digital inputs, 2 analog/digital inputs, 6 relay outputs, 24Vdc, 1 x RS232/485 port | UT 42 000 | $1980.00 |
| V350-35-T2 | 10 digital inputs, 2 analog/digital inputs, 12 transistor outputs, 24Vdc, 1 x RS232/485 port | UT 42 001 | $1980.00 |
| V350-35-R34 | 20 digital inputs, 2 analog/digital inputs, 12 relay outputs, 24Vdc, 1 x RS232/485 port | UT 42 002 | $2310.00 |
| V350-35-T38 | 20 digital inputs, 2 analog/digital inputs, 16 transistor outputs, 24Vdc, 1 x RS232/485 port | UT 42 003 | $2310.00 |
| V350-35-RA22 | 8 digital inputs, 2 analog/digital inputs, 2 TC/PT/digital inputs, 8 relay outputs, 2 analog outputs, 24Vdc, 1 x RS232/485 port | UT 42 004 | $2530.00 |
| V350-35-TA24 | 8 digital inputs, 2 analog/digital inputs, 2 TC/PT/digital inputs, 10 transistor outputs, 2 analog outputs, 24Vdc, 1 x RS232/485 port | UT 42 005 | $2530.00 |
| V350-35-B1 | Base Unit only | UT 42 006 | $1610.00 |
| Additional Communication Ports | | | |
| V100-17-RS4 | 1 x RS232/485 Port | UT 91 000 | $95.00 |
| V100-17-RS4X | 1 x RS232/485 Port (isolated) | UT 91 001 | $165.00 |
| V100-17-ET2 | 1 x Ethernet Port | UT 91 002 | $425.00 |
| V100-17-CAN | 1 x CANbus Port | UT 91003 | $215.00 |

## Expansion Modules + GSM Kit





| Model | Description | EMC Code | Price |
|---|---|---|---|
| EX-A1 | Expansion Adaptor | UT 10 500 | $165.00 |
| EX-RC1 | Remote I/O Expansion Module up to 512 I/O. | UT 10 510 | $460.00 |
| IO-DI8-TO8 | 8 digital inputs and 8 transistor outputs | UT 10 501 | $435.00 |
| IO-DI8-RO4 | 8 digital inputs and 4 relay outputs | UT 10 502 | $435.00 |
| IO-DI8-RO8 | 8 digital inputs and 8 relay outputs | UT 10 508 | $495.00 |
| IO-DI16 | 16 digital inputs | UT 10 503 | $410.00 |
| IO-DI8ACH | 8 AC inputs 110/220Vac | UT 10 509 | $300.00 |
| IO-RO8 | 8 relay outputs | UT 10 505 | $410.00 |
| IO-RO16 | 16 relay outputs, 24Vdc | UT 10 507 | $575.00 |
| IO-TO16 | 16 transistor outputs | UT 10 504 | $465.00 |
| IO-AO6X | 6 analog outputs (isolated) | UT 10 602 | $805.00 |
| IO-AI4-AO2 | 4 analog inputs and 2 analog outputs | UT 10 600 | $520.00 |
| IO-ATC8 | 8 thermocouple / analog Inputs | UT 10 603 | $775.00 |
| IO-PT4 | 4 PT100 inputs, -50°C to 460°C | UT 10 601 | $580.00 |
| IO-LC1 | 1 loadcell input and 1 digital input, 2 transistor outputs | UT 10 604 | $650.00 |
| IO-LC3 | 3 loadcell inputs and 1 digital input, 2 transistor outputs | UT 10 605 | $950.00 |
| | SMS messaging over the GSM digital network for telemetry applications. Includes GSM modem. Remote cellphone not included | UT 10 901 | $855.00 |

- 9 -

5        Moreover, the use of Wireless Controllers would eliminate the cumbersome cabling

requirements by replacing cabling with a reliable wireless link, making both installation and

future modifications easier.



In a WniCo™ system, controllers communicate with each other using
an "easy-to-use", reliable, wireless link.

# Unitronics



**2000**

**Second**

**Quarter results**

Unitronics (1989)(RG) Ltd
P.O.B 733 Lod 71106 Israel

Unitronics House:
North Industrial Zone Lod, Israel

info@unitronic.com
www.unitronic.com
EuroChart Symbol: UNIT

*Leveraging Automation with @ Technology*



FILED

OCT 2 8 2010

## Introduction of new products

### The WebPLC™

Unitronics has completed the WebPLC™ development project and has begun sales of these devices via select distributors.

The WebPLC™ allows a network supervisor to use the Internet to monitor, diagnose and correct problems from remote locations. The Company believes that a potential market is emerging for Internet based PLCs.

The WebPLC™ enables production managers to remotely monitor and quickly intervene in system problems.

### The M90-GSM™

The M90-GSM™, is a new product which allows wireless SMS (Short-Message-Service) messages to be sent to and from a PLC to a cellular phone user via cellular networks.

The M90-GSM™ enables remote-controlled operation of machines and devices via GSM cellular communication networks.

Unitronics' customers can therefore remotely maintain vending machines, refrigerating trucks, building automation, fuel and chemical tanks, highway traffic control systems, etc. - without the need for on-site personnel.

The Company believes that the introduction of M90-GSM™, opens a new market for Unitronics.

## Sales and Marketing

### Distribution

The Company managed to build a worldwide distribution network during the first half of 2000. The Company believe that a strong, worldwide distribution network is a most crucial element in a successful marketing organization.

The company increased its distribution network to include 33 distributors throughout Europe, Asia, South America, and Africa, with a sales force totaling over 130 salespersons. The new distributors were carefully selected from companies applying for distributorships.

Alon Kedar, Unitronics' Vice President of Marketing, comments " We have successfully recruited many new distributors since January.  That alone was a huge project—but of course, it is only the beginning.  We are building a strong marketing platform, a flexible structure that will enable us to target the proper market for our future product lines."

### Trade shows

Trade shows provide the opportunity to create new business contacts with potential clients and distributors and further the market penetration of new products.  This year, Unitronics participated in international trade shows throughout Europe, China, South and North America.  The company's products have also been represented by its distributors in a number of local trade shows.

Cars & Trucks

*Customer care*

To promote customer satisfaction and marketing success after the substantial rise in the number of distributors and the size of our client base, Unitronics decided to increase the size of the customer care department. This allows the company to expand its training activities and to deliver a higher level of customer care and technical support.

## Research & Development

We judge agility—the ability to quickly rethink, retool, and respond to market opportunities to be an important business asset. Experience has shown us that the feedback from our customers is valuable in indicating future market demand. In accordance with this principle, we adapted our R&D plan to allow us to develop additional new products resulting from such expected demands.

Our flexibility enabled us to introduce I/O expansion modules to our M90 micro-OPLC™ line. These upgrade the functional capability of an M90, allowing it to automate a broader spectrum of systems. Unitronics has completed the WebPLC™ development project and has started sales of these devices via select distributors. The R&D department is continuing to refine and broaden this series.

The M90-GSM, a new product which allows wireless SMS (Short-Message-Service) messages to be sent to and from a PLC to a cellular phone user via cellular networks, was also introduced into the R&D plan for the year 2000. As much of the groundwork for the development of the M90-GSM directly resulted from the WebPLC™ project, the M90-GSM progressed quickly through the R&D process and has already been released to market.

"I am confident that we will continue to identify and embed the best of emerging communication technologies into our products" Eyal Saban, Unitronics' Chief Technology Officer commented recently. "I think the M90-GSM is going to have great impact. Mobile data communications and m-Commerce give the end-user a tremendous advantage."
The R&D team has carried out planned product development largely according to schedule in addition to developing the products mentioned above.

## Acquiring new facilities and expanding staff

Due to continued business expansion, Unitronics signed in July 2000 a contract for the acquisition of new facilities from which it plans to conduct its business activities.  The new 1600 square meter facility is located in close proximity to the Tel Aviv international airport.  98% of the facility's USD 2.1 million purchase price is provided for by a 15-year financing plan, backed by a financial institution, allowing a monthly return not materially higher than the rent due on similar property.

Unitronics' management decided that it was necessary to acquire a new facility after drafting the Company's long-term business plan, which calls for increased marketing and R&D activity. The Company has begun a personnel recruitment drive to increase the size of the staff needed to support this        planned        activity,       and       expects      to      require      additional      office      space. The new, larger facility is now under construction, and is planned to be ready in 2002

**For further information:**

| | |
|---|---|
| Unitronics | +972 8 9786 555 |
| Haim Shani, Chief Executive Officer | haim@unitronic.com |
| Cara Levy, Investor relations | info@unitronic.com |
| Unitronics Web Site: | www.unitronic.com |

## Unaudited Statements of Operations of Unitronics (1989) (R"G) Ltd.
Convenience translation into EURO*

| | For the three month period ended June 30, | For the three month period ended June 30, | For the six month period ended June 30, | For the six month period ended June 30, |
|---|---|---|---|---|
| | 2000 | 1999 | 2000 | 1999 |
| | (in thousands) | | | |
| Revenues | 1,740 | 781 | 3,285 | 1,491 |
| Cost of revenues | 641 | 364 | 1,565 | 750 |
| Gross profit | 1,099 | 417 | 1,720 | 741 |
| | | | | |
| Research & Development expenses, net | 216 | 57 | 442 | 108 |
| Selling & Marketing expenses, net | 246 | 124 | 557 | 223 |
| General & Administrative expenses | 190 | 122 | 358 | 252 |
| Operating profit | 447 | 114 | 363 | 158 |
| | | | | |
| Financing Income (expenses) net | 22 | (13) | (296) | (30) |
| Operating profit after financing expenses | 469 | 101 | 67 | 128 |
| | | | | |
| Tax benefits (taxes on income) | 0 | (71) | 0 | (49) |
| Profit after tax benefits | 469 | 30 | 67 | 79 |
| | | | | |
| The Company's share of affiliated company result | 0 | (10) | (3) | (16) |
| Profit for the period | 469 | 20 | 64 | 63 |
| | | | | |
| Profit per 1 ordinary shares (under IAS) | 0.054 | 0.003 | 0.007 | 0.009 |

* Figurs for all periods above were translated at the exchange rate of the EURO against the NIS (New Israeli Shekel) as of 30 June, 2000 (1 EURO = 3.9151 NIS).

The notes to the financial statements form an integral part thereof.

## Unaudited Statements of Operations of Unitronics (1989) (R"G) Ltd.
Inflation adjusted NIS*

| | For the three month period ended June 30, | For the three month period ended June 30, | For the six month period ended June 30, | For the six month period ended June 30, |
|---|---|---|---|---|
| | 2000 | 1999 | 2000 | 1999 |
| | (in thousands) | | | |
| Revenues | 6,811 | 3,056 | 12,861 | 5,838 |
| Cost of revenues | 2,511 | 1,422 | 6,131 | 2,936 |
| Gross profit | 4,300 | 1,634 | 6,730 | 2,902 |
| | | | | |
| Research & Development expenses, net | 846 | 225 | 1,730 | 423 |
| Selling & Marketing expenses, net | 963 | 486 | 2,180 | 874 |
| General & Administrative expenses | 744 | 478 | 1,400 | 987 |
| Operating profit | 1,747 | 445 | 1,420 | 618 |
| | | | | |
| Financing Income (expenses) net | 88 | (49) | (1,158) | (119) |
| Operating profit after financing expenses | 1,835 | 396 | 262 | 499 |
| | | | | |
| Tax benefits (taxes on income) | 0 | (278) | 0 | (191) |
| Profit after tax benefits | 1,835 | 118 | 262 | 308 |
| | | | | |
| The Company's share of affiliated company result | 0 | (40) | (10) | (62) |
| Profit for the period | 1,835 | 78 | 252 | 246 |
| | | | | |
| Profit per 1 ordinary shares (under IAS) | 0.213 | 0.011 | 0.029 | 0.036 |

* The inflation adjusted NIS figures are stated in terms of NIS of June 2000.

The notes to the financial statements form an integral part thereof.

## Financial Statement Analysis

*Revenues* - Sales for the three months ended June 30, 2000 reached EURO 1,740 thousands, a record quarter for the Company, and a rise of 122% compared to the same quarter of 1999. Sales for the six months ended June 30, 2000, reached EURO 3,285 thousands, an increase of 120% compared to the first six months of last year, when sales reached EURO 1,491 thousand.
The increase in the development of the company's business is supported by the large marketing infrastructure which has been developed by the company during the last six months.

*Cost of Revenues and gross profit* – The cost of revenues for the last three months ended June 30, 2000, includes materials, sub-contracting and production overhead, amounting to EURO 641 thousands (36.2 of sales), as compared to EURO 364 thousands (46.6 of sales) for the same period of 1999.
Gross profit for the three months ended June 30, 2000 amounted to EURO 1,099 thousands (63% of sales) compared with EURO 417 thousands (53.3% of sales) for the same period of 1999.
The gross profit improved to 63% in the second quarter of the year 2000, resulting mainly from the completion of the M90 production outsourcing process, as well as concluding a number of automation projects, including supply of PLCs and system integration.
The cost of revenues for the first six months ended June 30, 2000 amounts to EURO 1,565 thousands (47.6% of sales), as compared to the first six months of last year, which amounted to EURO 750 thousands (50.3% of sales). The gross profit for the period was EURO 1,720 thousands (52.4% of sales), compared to the first six months of last year, during which time gross profit amounted to EURO 741 thousands (49.7% of sales).

*Research and Development Expenses* – Research and Development expenses reflect the high level of activity required in developing new technologies and products. The Company believes that highly innovative products and concepts in its market segments will provide significant growth potential for the future.
The company invested approximately EURO 216 thousands (12.4% of sales)  in R&D during the three months ended June 30, 2000, compared to EURO 57 thousands (7.2% of sales) in the same period last year.
Total research and development expenses during the first six months ended June 30, 2000, amounted to approximately EURO 442 thousands (13.4% of sales) compared to EURO 108 thousands in the same period last year (7.2% of sales).

*Selling and Marketing Expenses* - Selling and Marketing Expenses including salaries, trade shows, sales materials, and other marketing expenses for the three months ended June 30, 2000 were EURO 246 thousands (14.1% of sales), compared to EURO 124 thousands (15.8% of sales) in the same period last year.
Total selling and marketing expenses during the first six months ended June 30, 2000, amounted to approximately EURO 557 thousands (16.9% of sales) compared to EURO 223 thousands in the same period last year (14.9% of sales).

*General and Administrative Expenses* - General and Administrative Expenses for the three months ended June 30, 2000 amounted to EURO 190 thousands (reduced to 10.9% of sales) compared to EURO 122 thousands (15.6% of sales), for the same period of 1999.
The General and Administrative Expenses during the first six months ended June 30, 2000 amounted to EURO 358 thousands (10.89% of sales) compared to EURO 252 thousands,  (16.9% of sales) during the same period last year.

*Operating Profit (loss)* – The total operating profit before financing costs for the three month period ended June 30, 2000, reached a record of EURO 469 thousands (26% of sales), compared to EURO 30 thousands (3.8% of sales) for the same period of 1999.

There was improvement over the first six months of this year, starting with an operating loss of EURO 84 thousands in the first quarter of the year 2000, and ending with a profit of EURO 447 thousands in the second quarter of the year 2000. This largely resulted from changes in the gross profit as described above.

*Financing Income (Expenses)* - Financing income for the three months period, ended June 30, 2000, amounted to EURO 22 thousands. Total finance expenses (net) for the first six months ended June 30, 2000 amounted to EURO 296 thousand, compared to EURO 30 thousands in the same period last year. This is due mainly to the fact that the majority of cash and cash equivalents untill April, 2000 where in Euro while the financial statements are prepared in New Israeli Shekel (NIS). The company EURO deposit was exposed to the devaluation of the EURO against the NIS. The finance expenses in the first quarter of year 2000 amounted to EURO 318 thousands, while the finance income during the second quarter of the year 2000, amounted to EURO 22 thousands. This largely resulted from changes in the EURO exchange rate against the NIS. Since April 2000, the company has changed its investment structure, and the currency of investments, which is currently not kept in EURO.

*Profit for the period* – The Company's net profit for the three months ended June 30, 2000 reached EURO 469 thousands (26.9% of sales), compared with EURO 20 thousands (2.5% of sales) for the same period in 1999.

The net profit for the first six months ended June 30, 2000 amounted to EURO 64 thousands (1.9% of sales), compared to EURO 63 thousands (4.2% of sales) during the same period last year. There was improvement over the first six months of this year, starting with a loss of EURO 384 thousands in the first quarter of the year 2000, and ending with a profit of EURO 469 thousands in the second quarter of the year 2000.

## About Unitronics and the business environment

Unitronics (EURO.NM symbol: UNIT ) is an Israeli company that designs, develops, manufactures, and markets Programmable Logic Controllers (PLCs), the computer 'brains' that controls automated production lines.  Our company is dedicated to the prime directive of PLC control—to make automation simple, efficient, and affordable.

Since 1989, we have introduced devices intended to provoke new trends in production line automation.  We created the OPLC™ controller series: controllers that enable bi-directional man-machine communication through a simple user interface.

Our state-of-the art PLCs are installed in plants in a variety of industrial sectors-petrochemical, paper and corrugated, plastics and foods, energy and environment, air conditioning and building control, machine and process control applications, power generation, water and wastewater management—where automation and process control are needed.

We believe that in today's global economy, data has become an incredibly valuable commodity.  In industry, production data must be freely distributed through all levels of an enterprise.  Data must be equally available on the production floor, to marketing staff and to management.  Proper data distribution leads to greater efficiency— a key element of success in an increasingly competitive marketplace.

This is driving a strong market trend towards PLCs that are integrated with advanced communication technologies, PLCs that enable vertical communications throughout an enterprise—on a global scale. We expect to timely release a new generation of products, embedded with Internet and wireless communication abilities, to meet this trend.  Unitronics' WebPLC™ uses .www technology to enable seamless production-floor-to-boardroom communications.  Our M90-GSM is capable of wireless communications over cellular telephone networks.  A mobile user can send and receive production data via a cell phone—even where the M90-GSM itself is installed in a moving vehicle.

According to a Frost & Sullivan report (Report 5450-10), the world PLC market is expected to reach USD 10.29 billion by the year 2004.  Our objective is to become a major player within our market niche by developing technologically advanced products that are timed to meet market demand, and by developing and maintaining a global marketing network to deliver those products where market demand exists.


**For further information:**

Unitronics
Haim Shani, Chief Executive Officer
Cara Levy, Investor relations
Unitronics Web Site:

+972 8 9786 555
haim@unitronic.com
info@unitronic.com
www.unitronic.com

## MySearches (0)

### Search Results

Your search for **haim shani** returned **2 results**.

null quickSearch

| | Application number | Title | Applicant(s) | Inventor(s) | Filing date | Application status |
|---|---|---|---|---|---|---|
| 1 | 2000061789 | An improved method and apparatus for the detection of medical conditions of shock and pre-shock | Shani, Haim; Shavit, Ittai | Shani, Haim; Shavit, Ittai | 2000-07-25 | LAPSED |
| 2 | 1995020963 | Transgenic animal assay system for anti-cholinesterase substances | Yissum Research Development Company of the Hebrew University of Jerusalem; Kohn, Kenneth I. | Soreq, Hermona; Zakut, Haim; Shani, Moshe | 1995-02-28 | LAPSED |

This data is current as of **2010-08-23 18:00 AEST**.

FILED

OCT 2 8 2010

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia